# Exhibit A

Internal Revenue Service
PO Box 630
Holtsville NY 11742-0630
STOP 632-1

Department of the Treasury

Date: APR 2 0 2017

Taxpayer Identification Number:

Name of Partnership:
See Form 4549-A

STEPHEN K POND
16 GRAYLYN PLACE CT
WINSTON SALEM    NC 27106-5855

Partnership ID Number:
See Form 4549-A

Tax Year Ending:
December 31, 2012

Person to Contact:
Jenny Ng

Employee Identification Number:

Contact Hours:
7:00am-1:00pm EST Monday-Friday

Telephone Numbers:
631-447-4843 FAX: 855-241-0441

(Not a toll-free number)

## Notice of Computational Adjustment

Dear Taxpayer:

We have completed our examination of the partnership return for the year(s) shown above.

The enclosed Form 4549-A, Income Tax Discrepancy Adjustments, explains changes made to your income tax liability, including applicable penalties, as a result of our examination of the partnership. Form 4549-A does not require any signatures, should not be returned to us, and should be kept for your records.

The adjustments are being made as a result of:

- an agreement you signed,
- an agreement signed by representatives of an entity you are directly or indirectly invested in,
- a court decision,
- an Administrative Adjustment Request,
- allowing a Notice of Final Partnership Administrative Adjustment that was sent to you, the Tax Matters Partner of the partnership or an entity through which you hold your partnership interest, to lapse without bringing a timely challenge in Tax Court, or
- failure to file consistently with the partnership return.

This notice of computational adjustment includes a Form 4549-A which reflects the amount you owe based upon adjustments to a partnership(s) in which are directly or indirectly invested. This does not include any adjustments that may be proposed as a result of any other partnership examinations not referenced above. You may choose to pay the amount shown on the Form 4549-A, as interest will continue to accrue on any unpaid balance. You will receive a separate billing that will reflect any credits/payments and updated interest calculations. If you are due a refund, it will be issued to you if you owe no other taxes, have no other legal obligations that we are required to collect, and are not a party to any other partnership examinations. If you are due a refund, it should be sent to you within six to eight weeks.

Letter 4735 (11-2011)
Catalog Number 57922V

Case 1:21-cv-00083-LCB-LPA   Document 1-1   Filed 01/29/21   Page 2 of 18

To dispute the computational adjustment made to your return or to assert partner-level defenses to any penalty imposed in this notice, you must pay the tax as adjusted in full, and then file a claim for refund at the address provided above within six months from the date of this letter. If you send your claim to an address other than the above address, processing will be delayed and your claim may be disallowed if received at the address specified in this letter after the end of the six-month period. You may file a refund suit as provided by law if your timely-filed refund claim is disallowed or not acted upon within six months after the date it is filed.

If you believe that the calculation of the computational adjustment is wrong because of a mathematical error, please contact us. You do not have to pay the tax in order to discuss issues related to the calculation of the liability. You may call the person whose telephone number and contact hours are shown above or write that person at the IRS address at the top of this letter. Additionally, if you have any other questions about this notice, contact the person listed on this form as they will be most familiar with your case. If you do not contact us concerning any mathematical errors related to this liability within six months from the date of this letter, your failure to contact us may preclude you from raising these issues during any later collection due process proceedings.

If you have any affected items subject to deficiency procedures, a separate notice of deficiency will be sent to you.

If you write, please include your telephone number, the hours you can be reached and a copy of this letter.

Thank you for your cooperation.

Sincerely,

*Mariellen Fiedler* (signature)

Mariellen Fiedler
Exam Field Support Operation Manager

Enclosures:
Form 4549-A
Copy of this letter

Letter 4735 (11-2011)
Catalog Number 57922V

Internal Revenue Service
PO Box 630
Holtsville NY 11742-0630
STOP 632-1

Department of the Treasury

Date: APR 2 6 2017

Taxpayer Identification Number:

Name of Partnership:
See Form 4549-A

STEPHEN K POND
16 GRAYLYN PLACE CT
WINSTON SALEM    NC 27106-5855

Partnership ID Number:
See Form 4549-A

Tax Year Ending:
December 31, 2012

Person to Contact:
Jenny Ng

Employee Identification Number:

Contact Hours:
7:00am-1:00pm EST Monday-Friday

Telephone Numbers:
631-447-4843 FAX: 855-241-0441
(Not a toll-free number)

## Notice of Computational Adjustment

Dear Taxpayer:

We have completed our examination of the partnership return for the year(s) shown above.

The enclosed Form 4549-A, Income Tax Discrepancy Adjustments, explains changes made to your income tax liability, including applicable penalties, as a result of our examination of the partnership. Form 4549-A does not require any signatures, should not be returned to us, and should be kept for your records.

The adjustments are being made as a result of:

- an agreement you signed,
- an agreement signed by representatives of an entity you are directly or indirectly invested in,
- a court decision,
- an Administrative Adjustment Request,
- allowing a Notice of Final Partnership Administrative Adjustment that was sent to you, the Tax Matters Partner of the partnership or an entity through which you hold your partnership interest, to lapse without bringing a timely challenge in Tax Court, or
- failure to file consistently with the partnership return.

This notice of computational adjustment includes a Form 4549-A which reflects the amount you owe based upon adjustments to a partnership(s) in which are directly or indirectly invested. This does not include any adjustments that may be proposed as a result of any other partnership examinations not referenced above. You may choose to pay the amount shown on the Form 4549-A, as interest will continue to accrue on any unpaid balance. You will receive a separate billing that will reflect any credits/payments and updated interest calculations. If you are due a refund, it will be issued to you if you owe no other taxes, have no other legal obligations that we are required to collect, and are not a party to any other partnership examinations. If you are due a refund, it should be sent to you within six to eight weeks.

Letter 4735 (11-2011)
Catalog Number 57922V

To dispute the computational adjustment made to your return or to assert partner-level defenses to any penalty imposed in this notice, you must pay the tax as adjusted in full, and then file a claim for refund at the address provided above within six months from the date of this letter. If you send your claim to an address other than the above address, processing will be delayed and your claim may be disallowed if received at the address specified in this letter after the end of the six-month period. You may file a refund suit as provided by law if your timely-filed refund claim is disallowed or not acted upon within six months after the date it is filed.

If you believe that the calculation of the computational adjustment is wrong because of a mathematical error, please contact us. You do not have to pay the tax in order to discuss issues related to the calculation of the liability. You may call the person whose telephone number and contact hours are shown above or write that person at the IRS address at the top of this letter. Additionally, if you have any other questions about this notice, contact the person listed on this form as they will be most familiar with your case. If you do not contact us concerning any mathematical errors related to this liability within six months from the date of this letter, your failure to contact us may preclude you from raising these issues during any later collection due process proceedings.

If you have any affected items subject to deficiency procedures, a separate notice of deficiency will be sent to you.

If you write, please include your telephone number, the hours you can be reached and a copy of this letter.

Thank you for your cooperation.

Sincerely,

*Mariellen Fiedler*

Mariellen Fiedler
Exam Field Support Operation Manager

Enclosures:
Form 4549-A
Copy of this letter

Letter 4735 (11-2011)
Catalog Number 57922V

p.5  SKP  May 01 17 02:03p

Case 1:21-cv-00083-LCB-LPA   Document 1-1   Filed 01/29/21   Page 5 of 18

| Form **4549-A** (Rev. March 2013) | Department of the Treasury-Internal Revenue Service<br>**Income Tax Examination Changes**<br>(Unagreed and Excepted Agreed) | | Page 1 of 2 |
|---|---|---|---|
| Name and Address of Taxpayer<br>STEPHEN K POND<br>16 GRAYLYN PLACE CT<br>WINSTON SALEM NC 27106-5855 | Taxpayer Identification Number<br><br>Person with whom examination changes were discussed. | Name and Title:<br>STEPHEN K POND | Return Form No.:<br>1040 |

| 1. Adjustments to Income | Period End<br>12/31/2012 | Period End | Period End |
|---|---|---|---|
| a. NOL Carryforward ( ) | 7,826.00 | | |
| b. Ordinary Income ( ) | 187,028.00 | | |
| c. Itemized Deductions | 3,897.00 | | |
| d. | | | |
| e. | | | |
| f. | | | |
| g. | | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| o. | | | |
| p. | | | |
| 2. Total Adjustments | 198,751.00 | | |
| 3. Taxable Income Per Return or as Previously Adjusted | 3,658,349.00 | | |
| 4. Corrected Taxable Income | 3,857,100.00 | | |
| Tax Method | SCHEDULE D | | |
| Filing Status | Head of Household | | |
| 5. Tax (See attached schedule) | 571,486.00 | | |
| 6. Additional Taxes / Alternative Minimum | 205,704.00 | | |
| 7. Corrected Tax Liability | 777,190.00 | | |
| 8. Less Credits  a. Foreign Tax Credit | 79,881.00 | | |
|  b. | | | |
|  c. | | | |
|  d. | | | |
| 9. Balance (Line 7 less total of Lines 8a thru 8d) | 697,309.00 | | |
| 10. Plus Other Taxes  a. Household employment taxes | 22,838.00 | | |
|  b. | | | |
|  c. | | | |
|  d. | | | |
| 11. Total Corrected Tax Liability (Line 9 plus Lines 10a thru 10d) | 720,147.00 | | |
| 12. Total Tax Shown on Return or as Previously Adjusted | 690,919.00 | | |
| 13. Adjustments to: a. | | | |
|  b. | | | |
|  c. | | | |
| 14. Deficiency-Increase in Tax or (Overassessment - Decrease in Tax)<br>(Line 11 less Line 12 adjusted by Lines 13a through 13c) | 29,228.00 | | |
| 15. Adjustments to Prepayment Credits-Increase (Decrease) | | | |
| 16. Balance Due or (Overpayment) - (Line 14 adjusted by Line 15)<br>(Excluding interest and penalties) | 29,228.00 | | |

Catalog Number 23110T  www.irs.gov  Form 4549-A (Rev. 3-2013)

p.6  SKP  May 01 17 02:03p

Case 1:21-cv-00083-LCB-LPA   Document 1-1   Filed 01/29/21   Page 6 of 18

| Name of Taxpayer: STEPHEN K POND | | 04/04/2017 |
|---|---|---|
| Identification Number: | Total | 18.00.00 |

## 2012 – Form 3800 - General Business Credit

### Part I - Current Year Credit for Credits Not Allowed Against Tentative Minimum Tax (TMT)

| | |
|---|---|
| 1. General business credit from a non-passive activity | 0.00 |
| 2. General business credit allowed from a passive activity | 0.00 |
| 3. General business credit carryforwards | 28.00 |
| 4. General business credit carrybacks | 0.00 |
| 5. Tentative general business credit (sum of lines 1 through 4) | 28.00 |

### Part II - Allowable Credit

| | |
|---|---|
| 6. Regular tax before credits | 571,486.00 |
| 7. Alternative minimum tax | 205,704.00 |
| 8. Total of lines 6 and 7 | 777,190.00 |
| 9. Foreign tax credit | 79,881.00 |
| 10. Allowable separately stated credits | 0.00 |
| 11. Total of lines 9 through 10 | 79,881.00 |
| 12. Net income tax (line 8 less line 11) | 697,309.00 |
| 13. Net regular tax (line 6 less line 11) | 491,605.00 |
| 14. If line 13 is more than $25,000, enter 25% of the excess | 116,651.25 |
| 15. Tentative minimum tax | 697,309.00 |
| 16. Greater of line 14 or line 15 | 697,309.00 |
| 17. Line 12 less line 16 (if zero or less, enter -0-) | 0.00 |
| 18. Bonus depreciation amount | 0.00 |
| 19. Add lines 17 and 18 | 0.00 |
| 20. Smaller of Part I, line 5 above or Part II, line 19 | 0.00 |
| 21. Smaller of Part I, line 5 above or Part II, line 17 | 0.00 |
| 22. Subtract line 21 from line 20 Skip lines 23 through 27 and enter -0- on line 28 if there is no tentative empowerment zone and renewal community employment credit | 0.00 |
| 23. Multiply line 15 by 75% | 0.00 |
| 24. Greater of line 14 or line 23 | 0.00 |
| 25. Subtract line 24 from line 12 (if zero or less, enter -0-) | 0.00 |
| 26. Subtract line 21 from line 25 (if zero or less, enter -0-) | 0.00 |
| 27. Tentative empowerment zone and renewal community employment credit | 0.00 |
| 28. Empowerment zone and renewal community employment credit allowed (smaller of line 26 or line 27) | 0.00 |
| 29. Subtract line 14 from line 12 (if zero or less, enter -0-) | 580,657.75 |
| 30. Add lines 21 and 28 | 0.00 |
| 31. Subtract line 30 from line 29 (if zero or less, enter -0-) | 580,657.75 |
| 32. Business credit from a non-passive activity | 0.00 |
| 33. Eligible small business credit from a non-passive activity | 0.00 |
| 34. Business & eligible small business credit allowed from a passive activity | 0.00 |
| 35. Business & eligible small business credit carryforwards | 0.00 |
| 36. Business & eligible small business credit carrybacks | 0.00 |
| 37. Tentative business and eligible small business credit (sum of lines 32 through 36) | 0.00 |
| 38. Smaller of line 31 or line 37 | 0.00 |
| 39. Current year credit allowed (add lines 30 and 38) | 0.00 |

Case 1:21-cv-00083-LCB-LPA   Document 1-1   Filed 01/29/21   Page 7 of 18

| Name of Taxpayer: STEPHEN K POND | | 04/04/2017 |
|---|---|---|
| Identification Number: | Total | 18.00.00 |

## 2012 - Form 6251 - Continuation, Tax Computation Using Maximum Capital Gain Rates

| | |
|---|---:|
| 1. Amount from Form 6251 report, line 7 | 5,284,952.00 |
| (If FEIT worksheet for AMT was used, enter amount from line 3 of that worksheet instead) | |
| 2. Amount from line 6 Qualified Dividends and Capital Gain Tax Worksheet | |
| or line 13 Schedule D Tax Worksheet (refigured for AMT) | 7,184,729.00 |
| 3. Amount from Schedule D line 19 (refigured for AMT) | 0.00 |
| 4. Amount from line 2 if no Schedule D worksheet; otherwise, the smaller of | |
| the sum of line 2 and line 3 or Schedule D worksheet line 10 (refigured for AMT) | 7,184,729.00 |
| 5. Smaller of line 1 or line 4 | 5,284,952.00 |
| 6. Subtract line 5 from line 1 | 0.00 |
| 7. If line 6 is $175,000 or less ($87,500 if MFS) multiply line 6 by 26%; | |
| otherwise, multiply line 6 by 28% and subtract $3,500 ($1,750 if MFS) | |
| from the result | 0.00 |
| 8. Enter: | |
| $70,700 if married filing jointly or qualifying widow(er) | |
| $35,350 if single or married filing separately | 47,350.00 |
| $47,350 if head of household | |
| 9. Amount from line 7 Qualified Dividends and Capital Gain Tax Worksheet | |
| or line 14 Schedule D Tax Worksheet | 0.00 |
| 10. Subtract line 9 from line 8 (if zero or less, enter zero) | 47,350.00 |
| 11. Smaller of line 1 or line 2 | 5,284,952.00 |
| 12. Smaller of line 10 or line 11 | 47,350.00 |
| 13. Subtract line 12 from line 11 | 5,237,602.00 |
| 14. Multiply line 13 by 15% | 785,640.00 |
| 15. Subtract line 11 from line 5 | 0.00 |
| 16. Multiply line 15 by 25% | 0.00 |
| 17. Total of lines 7, 14 and 16 | 785,640.00 |
| 18. If line 1 is $175,000 or less ($87,500 if MFS) multiply line 1 by 26%; | |
| otherwise, multiply line 1 by 28% and subtract $3,500 ($1,750 if MFS) | |
| from the result | 1,476,287.00 |
| 19. Smaller of line 17 or line 18. Enter here and on line 8 of Form 6251 report | 785,640.00 |

Case 1:21-cv-00083-LCB-LPA   Document 1-1   Filed 01/29/21   Page 8 of 18

Name of Taxpayer: STEPHEN K POND
Identification Number: ███████
Total
04/04/2017
18.00.00

### Part III - Tax Computation Using Maximum Capital Gains Rates

| Line | Description | Amount |
|---|---|---|
| 29. | Amount from line 10 (If FEIT worksheet for F8801 was used, enter amount from line 3 of that worksheet instead) | 0.00 |
| 30. | Amount from prior year line 6 of Qualified Dividends Worksheet or line 13 of Schedule D Tax Worksheet | 0.00 |
| 31. | Amount from prior year Schedule D, line 19 | 0.00 |
| 32. | Smaller of lines 30 and 31 or prior year line 10 of Schedule D Tax Worksheet | 0.00 |
| 33. | Smaller of line 29 or line 32 | 0.00 |
| 34. | Subtract line 33 from line 29 | 0.00 |
| 35. | Multiply line 34 by 26% and subtract $ 0 from the result | 0.00 |
| 36. | Enter: $69,000 if married filing jointly or qualifying widow(er) for 2011, $34,500 if single or married filing separately for 2011, $46,250 if head of household for 2011 | 0.00 |
| 37. | Amount from prior year line 7 of Qualified Dividends Worksheet or line 14 of Schedule D Tax Worksheet | |
| 38. | Subtract line 37 from line 36. If zero or less, enter -0- | 0.00 |
| 39. | Smaller of line 29 or line 30 | 0.00 |
| 40. | Smaller of line 38 or line 39 | 0.00 |
| 41. | Subtract line 40 from line 39 | 0.00 |
| 42. | Multiply line 41 by 15% | 0.00 |
| 43. | Subtract line 39 from line 33 | 0.00 |
| 44. | Multiply line 43 by 25% | 0.00 |
| 45. | Add lines 35, 42, and 44 | 0.00 |
| 46. | Multiply line 29 by 26% and subtract $ 0 from the result | 0.00 |
| 47. | Smaller of line 45 or line 46 (enter here and on line 11 above) (If FEIT worksheet for F8801 was used, enter amount on line 4 of that worksheet instead) | 0.00 |

### Part IV - Tentative Refundable Credit

| Line | Description | Amount |
|---|---|---|
| 48. | Enter amount from line 21 | 39,296.00 |
| 49. | Minimum tax credit amount from 2010 Form 8801, lines 18 and 20 (if zero or less, enter -0-) | 0.00 |
| 50. | Minimum tax credit amount from 2011 Form 8801, lines 18 and 20 (if zero or less, enter -0-) | 0.00 |
| 51. | Total of lines 18 and 20 above (if zero or less, enter -0-) | 0.00 |
| 52. | Add lines 49 thru 51 | 0.00 |
| 53. | Long-term unused minimum tax credit (subtract line 52 from line 48) (if zero or less, stop and enter -0- here and on line 26 and do not complete the rest of Part IV) | 39,296.00 |
| 54. | Multiply line 53 by 50% | 19,648.00 |
| 55. | Prior year AMT refundable credit amount | 30,298.00 |
| 56. | Larger of line 54 or line 55 | 30,298.00 |
| 57. | Smaller of line 53 or line 56. Enter result here and on line 26 | 30,298.00 |

p.9  SKP   May 01 17 02:04p

Case 1:21-cv-00083-LCB-LPA   Document 1-1   Filed 01/29/21   Page 9 of 18

Name of Taxpayer: STEPHEN K POND  04/04/2017
Identification Number: ██████████         Total       18.00.00

## 2012 - Qualified Dividends and Capital Gain Tax Worksheet

| | |
|---|---:|
| 1. Enter the taxable income from Form 1040, line 43, or the amount from Foreign Earned Income Tax Worksheet, line 3, if filing Form 2555 or 2555-EZ | 3,857,100.00 |
| 2. Enter the qualified dividends from Form 1040, line 9b | 419,028.00 |
| 3. If filing Schedule D, enter the smaller line 15 or line 16 of Schedule D, but do not enter less than -0-. Otherwise, enter the amount from Form 1040, line 13 | 6,765,706.00 |
| 4. Add lines 2 and 3 | 7,184,734.00 |
| 5. If filing Form 4952, enter the amount, if any, from line 4g of Form 4952. Otherwise, enter -0- | 0.00 |
| 6. Subtract line 5 from line 4. If zero or less, enter -0- | 7,184,734.00 |
| 7. Subtract line 6 from line 1. If zero or less, enter -0- | 0.00 |
| 8. Enter: $35,350 if single or married filing separately; $70,700 if married filing jointly or qualifying widow(er); or $47,350 if head of household | 47,350.00 |
| 9. Enter the smaller of line 1 or line 8 | 47,350.00 |
| 10. Enter the smaller of line 7 or line 9 | 0.00 |
| 11. Subtract line 10 from line 9. This amount is taxed at 0% | 47,350.00 |
| 12. Enter the smaller of line 1 or line 6 | 3,857,100.00 |
| 13. Enter the amount from line 11 | 47,350.00 |
| 14. Subtract line 13 from line 12 | 3,809,750.00 |
| 15. Multiply line 14 by 15% (.15) | 571,463.00 |
| 16. Figure the tax on the amount on line 7. If the amount on line 7 is less than $100,000, use the Tax Table to figure this tax. If the amount on line 7 is $100,000 or more, use the Tax Computation Worksheet | 0.00 |
| 17. Add lines 15 and 16 | 571,463.00 |
| 18. Figure the tax on the amount on line 1. If the amount on line 1 is less than $100,000, use the Tax Table to figure this tax. If the amount on line 1 is $100,000 or more, use the Tax Computation Worksheet | 1,323,292.00 |
| 19. Tax on all taxable income. Enter the smaller of line 17 or line 18 Also include this amount on Form 1040, line 44, or Foreign Earned Income Tax Worksheet, line 4, if applicable | 571,463.00 |

| Name of Taxpayer: STEPHEN K POND | | |
|---|---|---|
| Identification Number: | Total | 04/04/2017 |
| | | 18.00.00 |

## 2012 - SCHEDULE D - CAPITAL GAINS AND LOSSES

**Part I** Short-Term Capital Gains and Losses—Assets Held One Year or Less

| | | |
|---|---|---|
| 1 | Short-term capital gain or loss | (90,110.00) |
| 2 | Short-term capital loss carryover | (1,816,931.00) |
| 3 | Net Short-term Gain or Loss (Add line 1 and 2) | (1,907,041.00) |

**Part II** Long-Term Capital Gains and Losses—Assets Held More Than One Year

| | | |
|---|---|---|
| 4 | Long-term capital gain or loss | 8,997,701.00 |
| 5 | Long-term capital gain or loss carryover | (324,954.00) |
| 6 | Net long-term Gain or Loss (Add line 4 and 5) | 8,672,747.00 |

**Part III** Summary

| | | |
|---|---|---|
| 7 | Sum of lines 3 and 6 - Net Capital Gain or Loss | 6,765,706.00 |
| 8 | Capital loss limitation | 0.00 |
| 9 | Capital Gain or Loss - As Corrected | 6,765,706.00 |
| 10 | Capital Gain or Loss - Per Return | 6,765,706.00 |
| 11 | Line 9 less line 10 - Adjustment to Income | 0.00 |

**CORRECTED CARRYOVER**

| | | |
|---|---|---|
| 12 | Short-term Carryover to Subsequent Year | 0.00 |
| 13 | Long-term Carryover to Subsequent Year | 0.00 |

**28% RATE GAIN COMPUTATION**

| | | |
|---|---|---|
| 1 | Tentative 28% rate gain (total of lines 1 thru 4 from worksheet) | 0.00 |
| 2 | Long-term capital loss carryover | (324,954.00) |
| 3 | Net short-term capital loss | (1,907,041.00) |
| 4 | Allowable 28% rate gain (sum of lines 1 thru 3) (if -0- or less, enter -0-) | 0.00 |

**SECTION 1250 GAIN COMPUTATION**

| | | | |
|---|---|---|---|
| 1 | Tentative Section 1250 gain (line 13 from worksheet) | | 0.00 |
| 2 | Tentative 28% rate gain | 0.00 | |
| 3 | Net short-term capital loss | (1,907,041.00) | |
| 4 | Long-term capital loss carryover | (324,954.00) | |
| 5 | Sum of lines 2 thru 4 (if less than -0-, enter as positive amount) (if -0- or greater, enter -0-) | | 2,231,995.00 |
| 6 | Allowable Section 1250 gain (line 1 less line 5) (if -0- or less, enter -0-) | | 0.00 |

| Form 886-A (Rev. January 1994)886-A | EXPLANATION OF ITEMS | | Schedule number or exhibit |
|---|---|---|---|
| Name of Taxpayer<br>STEPHEN K POND | Taxpayer Identification Number | | Year/Period Ended<br>2012 |

**Statutory-Alt Min Tax**

| Tax Period | Per Return | Per Exam | Adjustment |
|---|---|---|---|
| 2012 | $206,289.00 | $205,704.00 | ($585.00) |

You have an alternative minimum tax liability only if your tentative minimum tax exceeds your regular tax liability. Tentative minimum tax is computed by first calculating your alternative minimum taxable income, which equals your regular taxable income increased by any tax preference items for the taxable year, and increased or decreased by adjustment items for the taxable year. Alternative minimum taxable income is then reduced by an exemption amount:

($50,600 for Single/Head of Household
$78,750 for Married Filing Joint/Surviving Spouse; and
$39,375 for Married Filing Separately) which is subject to phase-out depending on the amount of your alternative minimum taxable income.

For taxable years after 1992, the remaining amount is subject to a 26 percent tax rate on the first $175,000 and 28 percent tax rate on any amount in excess of $175,000. A tentative minimum tax is then computed by reducing the amount determined in the preceding sentence by any allowable foreign tax credit. The alternative minimum tax liability is the amount by which tentative minimum tax exceeds regular tax liability.

Form 886-A (1-1994)                                                                 Department of the Treasury - Internal Revenue Service

Case 1:21-cv-00083-LCB-LPA   Document 1-1   Filed 01/29/21   Page 12 of 18

**Department of the Treasury**
**Internal Revenue Service**

STEPHEN K POND
16 GRAYLYN PLACE CT
WINSTON SALEM    NC 27106-5855

**Internal Revenue Service**
P O BOX 630
HOLTSVILLE, NY 11742-0630
STOP 632-1

**Department of the Treasury**
P O BOX 630
HOLTSVILLE, NY 11742-0630
STOP 632-1

Date: APR 2 6 2017

STEPHEN K POND
16 GRAYLYN PLACE CT
WINSTON SALEM    NC 27106-5855

Taxpayer Identification Number:

Tax Form:
1040
Tax Period(s):
December 31, 2012

Person to Contact:
Jenny Ng

Employee Identification Number:

Contact Telephone Number:
631-447-4843 Fax:1-855-241-0441
Refer to:
Interest Computation Schedule

Dear Taxpayer,

As required by Internal Revenue Code Section 6631, we are providing a copy of the schedule we used to calculate interest on the tax adjustment for the return identified above. This computation is for your information. The enclosed Interest Computation Schedule is not a bill for tax due. We will either send you a bill within the next few weeks or send you a statement of any refund.

If you have any questions, please contact the person named above within 45 days from the date of this letter.

Sincerely yours,

Mariellen Fiedler

Mariellen Fiedler
Exam Field Support Operation Manager

Enclosure:
Interest Computation Schedule

Letter 3535 (3-2002)
Catalog Number: 33709U

Case 1:21-cv-00083-LCB-LPA   Document 1-1   Filed 01/29/21   Page 14 of 18

**Internal Revenue Service**
P O BOX 630
HOLTSVILLE, NY 11742-0630
STOP 632-1

**Department of the Treasury**
P O BOX 630
HOLTSVILLE, NY 11742-0630
STOP 632-1

Date: APR 2 6 2017

**Taxpayer Identification Number:**

**Tax Form:**
1040
**Tax Period(s):**
December 31, 2012

**Person to Contact:**
Jenny Ng

STEPHEN K POND
16 GRAYLYN PLACE CT
WINSTON SALEM    NC 27106-5855

**Employee Identification Number:**

**Contact Telephone Number:**
631-447-4843 Fax:1-855-241-0441
**Refer to:**
Interest Computation Schedule

Dear Taxpayer,

As required by Internal Revenue Code Section 6631, we are providing a copy of the schedule we used to calculate interest on the tax adjustment for the return identified above. This computation is for your information. The enclosed Interest Computation Schedule is not a bill for tax due. We will either send you a bill within the next few weeks or send you a statement of any refund.

If you have any questions, please contact the person named above within 45 days from the date of this letter.

Sincerely yours,

*Mariellen Fiedler*

Mariellen Fiedler
Exam Field Support Operation Manager

Enclosure:
Interest Computation Schedule

Letter 3535 (3-2002)
Catalog Number: 33709U

Case 1:21-cv-00083-LCB-LPA   Document 1-1   Filed 01/29/21   Page 15 of 18

## 490 Activity Summary - STEPHEN K POND

FED - ***-**-XXXX  STEPHEN K POND   1040 Tax Period: 2012/12

| | |
|---|---|
| Run Method: IRS Default | Module Status: Open/(Open) |
| Interest To: 04/24/2017 | |
| GATT Method: N/A | GATT Date: Gatt is OFF |
| LCU Method: N/A | LCU Interest Date: LCU Interest is OFF |
| Underpay Net Start: All Dates Included | Overpay Net Start: All Dates Included |

| Date Transcript | Date Start | Date Adj / End | Description | Susp/Equal | Principal | Balance |
|---|---|---|---|---|---|---|
| 12/30/2013 | | 04/15/2013 | 150 Return Filed & Assessed Tax Liability | | 690,921.00 | 690,921.00 |
| 04/15/2013 | | | 806 Credit for Withheld Taxes and Excess FICA | | (3.00) | 690,918.00 |
| 04/15/2012 | | 04/15/2013 | 716 Generated Overpay Credit Applied from Prior 1 | | (118,746.00) | 572,172.00 |
| 01/17/2013 | | 04/15/2013 | 660 Estimated Tax | | (650,000.00) | (77,828.00) |
| 04/15/2013 | | 04/15/2013 | 766 Generated Refundable Credit Allowance | | (30,298.00) | (108,126.00) |
| 04/15/2013 | | 04/15/2013 | 766 Generated Refundable Credit Allowance | | (15.00) | (108,141.00) |
| 04/15/2013 | | | 836 Overpayment Credit Elect to Next Periods Tax | | 108,141.00 | |
| 04/24/2017 | | 04/15/2013 | 300 Additional Tax Assessment By Examination D | | 29,228.00 | 29,228.00 |
| 04/24/2017 | 06/11/2016 | 04/24/2017 | 1010 Suspend Underpayment Interest | 32,195.31 | | 29,228.00 |

| Date | | Description | Amount | Factor | Interest | Balance |
|---|---|---|---|---|---|---|
| 04/15/2013 | | 150 Return Filed & Assessed Tax Liability | 690,921.00 | | | |
| | | 300 Additional Tax Assessment By Examination | 29,228.00 | | | |
| | | 660 Estimated Tax | (650,000.00) | | | |
| | | 716 Generated Overpay Credit Applied from Prio | (118,746.00) | | | |
| | | 766 Generated Refundable Credit Allowance | (30,298.00) | | | |
| | | 766 Generated Refundable Credit Allowance | (15.00) | | | |
| | | 806 Credit for Withheld Taxes and Excess FICA | (3.00) | | | |
| | | 836 Overpayment Credit Elect to Next Periods T | 108,141.00 | | | 29,228.00 |
| 04/16/2013 | 06/11/2016 | Underpay | 29,228.00 | 0.101522873 | 2,967.31 | 32,195.31 |
| 06/12/2016 | 04/24/2017 | Underpay Suspended | 32,195.31 | | | 32,195.31 |

| Account Summary: | As Computed | Per Transcript | Adjustment |
|---|---|---|---|
| Deficiency Interest | 2,967.31 | | 2,967.31 |
| Overpayment Interest | | | |
| Principal Balance | | | 29,228.00 |
| | 2,967.31 | | 32,195.31 |

May 01 17 02:06p  SKP  p.16

Case 1:21-cv-00083-LCB-LPA   Document 1-1   Filed 01/29/21   Page 16 of 18

## 510 Support of Revised Comps - STEPHEN K POND

FED - \*\*\*-\*\*-▮▮▮▮  STEPHEN K POND   1040 Tax Period: 2012/12

| Run Method: IRS Default | | Module Status: Open/(Open) |
|---|---|---|
| Interest to: 04/24/2017 | | |
| GATT Method: N/A | | GATT Date: Gatt is OFF |
| LCU Method: N/A | | LCU Interest Date: LCU Interest is OFF |
| Underpay Net Start: All Dates Included | | Overpay Net Start: All Dates Included |

| | New Activity for 04/15/2013 | Note | New Event | Equalize | Susp Over | Susp Under |
|---|---|---|---|---|---|---|
| 150 | Return Filed & Assessed Tax Liability | | 650,921.00 | | | |
| 300 | Additional Tax Assessment By Examination Division | | 29,228.00 | | | |
| 660 | Estimated Tax | | (650,000.00) | | | |
| 716 | Generated Overpay Credit Applied from Prior Period | | (118,746.00) | | | |
| 769 | Generated Refundable Credit Allowance | | (30,298.00) | | | |
| 768 | Generated Refundable Credit Allowance | | (15.00) | | | |
| 806 | Credit for Withheld Taxes and Excess FICA | | (3.00) | | | |
| 836 | Overpayment Credit Elect to Next Periods Tax | | 108,141.00 | | | |
| | Date Total / Susp. Balance | | 29,228.00 | | | |

| Interest Computations 04/16/2013 - 06/11/2016 | New Balance | Susp Applied 4/15/2013 | Interest Balance | Rate | New Interest | Closing Balance |
|---|---|---|---|---|---|---|
| Principal Underpay | 29,228.00 | | 29,228.00 | Under | 2,967.31 | 29,228.00 |
| Interest Underpay | | | | | | 2,967.31 |
| Subtotal Post New Interest | 29,228.00 | | 29,228.00 | | 2,967.31 | 32,195.31 |

| | New Activity for 06/11/2016 | Note | New Event | Equalize | Susp Over | Susp Under |
|---|---|---|---|---|---|---|
| 1010 | Suspend Underpayment Interest | | | | | 32,195.31 |
| | Date Total / Susp. Balance | | | | | 32,195.31 |

| Interest Computations 06/12/2016 - 04/24/2017 | New Balance | Susp Applied 6/11/2016 | Interest Balance | Rate | New Interest | Closing Balance |
|---|---|---|---|---|---|---|
| Principal Underpay | 29,228.00 | 29,228.00 | | | | 29,228.00 |
| Interest Underpay | 2,967.31 | 2,967.31 | 0.00 | | 0.00 | 2,967.31 |
| Subtotal Post New Interest | 32,195.31 | 32,195.31 | 0.00 | | 0.00 | 32,195.31 |

May 01 17 02:06p    SKP    p.17

Case 1:21-cv-00083-LCB-LPA   Document 1-1   Filed 01/29/21   Page 17 of 18

## 510 Support of Revised Comps - STEPHEN K POND
FED - ***-**-XXXX   STEPHEN K POND   1040 Tax Period: 2012/12

| New Activity for 04/24/2017 | Note | New Event | Equalize | Susp Over | Susp Under |
|---|---|---|---|---|---|
| 1010 Suspend Underpayment Interest | | | | | (32,195.31) |
| Date Total / Susp. Balance | | | | | |

| Interest Computations 04/25/2017 - 04/25/2017 | New Balance | Susp Applied 4/24/2017 | Interest Balance | Rate | New Interest | Closing Balance |
|---|---|---|---|---|---|---|
| Principal Underpay | 29,228.00 | | | | | 29,228.00 |
| Interest Underpay | 2,967.31 | | | | | 2,967.31 |
| Subtotal Post New Interest | 32,195.31 | | | | | 32,195.31 |

Case 1:21-cv-00083-LCB-LPA   Document 1-1   Filed 01/29/21   Page 18 of 18