# Exhibit B

# (SLIP SHEET)

# STEPHEN K. POND
# 2012 FORM 1040X

Department of the Treasury - Internal Revenue Service

# Amended U.S. Individual Income Tax Return

▶ Information about Form 1040X and its separate instructions is at www.irs.gov/form1040x.

OMB No. 1545-0074

This return is for calendar year [X] 2012 [ ] 2011 [ ] 2010 [ ] 2009

Other year. Enter one: calendar year _____ or fiscal year (month and year ended): _____

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| STEPHEN K. POND | | ▓▓▓▓▓▓▓▓ |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |

| Home address (number and street). If you have a P.O. box, see instructions. | Apt. no. | Your phone number |
|---|---|---|
| 16 GRAYLYN PLACE | | |

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).
WINSTON-SALEM, NC 27106

| Foreign country name | Foreign province/state/county | Foreign postal code |
|---|---|---|

**Amended return filing status. You must check one box even if you are not changing your filing status.**
*Caution. In general, you cannot change your filing status from joint to separate returns after the due date.*

[ ] Single   [ ] Married filing jointly   [ ] Married filing separately
[ ] Qualifying widow(er)   [X] Head of household (If the qualifying person is a child but not your dependent, see instructions.)

| Use Part III on page 2 to explain any changes | | A. Original amount or as previously adjusted (see instructions) | B. Net change - amount of increase or (decrease) - explain in Part III | C. Correct amount |
|---|---|---|---|---|
| **Income and Deductions** | | | | |
| 1 Adjusted gross income. If net operating loss (NOL) carryback is included, check here ▶ [ ] | 1 | 5,527,217. | | 5,527,217. |
| 2 Itemized deductions or standard deduction | 2 | 1,853,668. | | 1,853,668. |
| 3 Subtract line 2 from line 1 | 3 | 3,673,549. | | 3,673,549. |
| 4 Exemptions. If changing, complete Part I on page 2 and enter the amount from line 30 | 4 | 15,200. | | 15,200. |
| 5 Taxable income. Subtract line 4 from line 3 | 5 | 3,658,349. | | 3,658,349. |
| **Tax Liability** | | | | |
| 6 Tax. Enter method used to figure tax:<br>SCH D | 6 | 747,962. | -62. | 747,900. |
| 7 Credits. If general business credit carryback is included, check here ▶ [ ] | 7 | 79,881. | -639. | 79,242. |
| 8 Subtract line 7 from line 6. If the result is zero or less, enter -0- | 8 | 668,081. | 577. | 668,658. |
| 9 Other taxes | 9 | 22,838. | | 22,838. |
| 10 Total tax. Add lines 8 and 9 | 10 | 690,919. | 577. | 691,496. |
| **Payments** | | | | |
| 11 Federal income tax withheld and excess social security and tier 1 RRTA tax withheld (If changing, see instructions) | 11 | 3. | | 3. |
| 12 Estimated tax payments, including amount applied from prior year's return | 12 | 768,746. | | 768,746. |
| 13 Earned income credit (EIC) | 13 | | | |
| 14 Refundable credits from Schedule(s) [ ] 8812 or [ ] M or Form(s) [ ] 2439 [X] 4136 [ ] 6405 [X] 8801 [ ] 8812 (2009-2011) [ ] 8839 [ ] 8863 [ ] 8885 or [ ] other (specify) | 14 | 30,313. | | 30,313. |
| 15 Total amount paid with request for extension of time to file, tax paid with original return, and additional tax paid after return was filed | 15 | | | 29,228. |
| 16 Total payments. Add lines 11 through 15 | 16 | | | 828,290. |
| **Refund or Amount You Owe (Note. Allow 8-12 weeks to process Form 1040X.)** | | | | |
| 17 Overpayment, if any, as shown on original return or as previously adjusted by the IRS | 17 | | | 108,143. |
| 18 Subtract line 17 from line 16 (If less than zero, see instructions) | 18 | | | 720,147. |
| 19 Amount you owe. If line 10, column C, is more than line 18, enter the difference | 19 | | | |
| 20 If line 10, column C, is less than line 18, enter the difference. This is the amount overpaid on this return | 20 | | | 28,651. |
| 21 Amount of line 20 you want refunded to you | 21 | | | 28,651. |
| 22 Amount of line 20 you want applied to your (enter year): _____ estimated tax | 22 | | | |

Complete and sign this form on Page 2.

14490622 139882 1927.15          2012.06010 POND, STEPHEN K.                    1927_155

Case 1:21-cv-00083-LCB-LPA   Document 1-2   Filed 01/29/21   Page 3 of 21

| Part I | Exemptions |

Complete this part only if you are:
- Increasing or decreasing the number of exemptions (personal and dependents) claimed on line 6d of the return you are amending, or
- Increasing or decreasing the exemption amount for housing individuals displaced by a Midwestern disaster in 2009.

*See Form 1040 or Form 1040A instructions and Form 1040X instructions.*

| | | A. Original number of exemptions or amount reported or as previously adjusted | B. Net change | C. Correct number or amount |
|---|---|---|---|---|
| 23 | Yourself and spouse. *Caution. If someone can claim you as a dependent, you cannot claim an exemption for yourself* ........ 23 | | | |
| 24 | Your dependent children who lived with you .................... 24 | | | |
| 25 | Your dependent children who did not live with you due to divorce or separation ......................................... 25 | | | |
| 26 | Other dependents .......................................... 26 | | | |
| 27 | Total number of exemptions. Add lines 23 through 26 .......... 27 | | | |
| 28 | Multiply the number of exemptions claimed on line 27 by the exemption amount shown in the instructions for line 28 for the year you are amending ...................................... 28 | | | |
| 29 | If you are claiming an exemption amount for housing individuals displaced by a Midwestern disaster, enter the amount from Form 8914, line 6 for 2009 ...................................... 29 | | | |
| 30 | Add lines 28 and 29. Enter the result here and on line 4 on page 1 of this form ... 30 | | | |

**31** List ALL dependents (children and others) claimed on this amended return. If more than 4 dependents, see instructions.

| (a) First name          Last name | (b) Dependent's social security number | (c) Dependent's relationship to you | (d) Check box if qualifying child for child tax credit |
|---|---|---|---|
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

| Part II | Presidential Election Campaign Fund |

Checking below will not increase your tax or reduce your refund.

☐ Check here if you did not previously want $3 to go to the fund, but now do.

☐ Check here if this is a joint return and your spouse did not previously want $3 to go to the fund, but now does.

| Part III | Explanation of changes. In the space provided below, tell us why you are filing Form 1040X. |

▶ Attach any supporting documents and new or changed forms and schedules.

SEE ATTACHED.

**Sign Here**
Remember to keep a copy of this form for your records.
Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information about which the preparer has any knowledge.

▶ *[signature] Stephen K. Pond* 7/19/17

Your signature                    Date                    Spouse's signature. If a joint return, both must sign.   Date

**Paid Preparer Use Only**

| | | |
|---|---|---|
| ▶ JOHNNY C WOOD, CPA | 06/22/17 | LBA HAYNES STRAND, PLLC |
| Preparer's signature | Date | Firm's name (or yours if self-employed) |

| | | |
|---|---|---|
| | | PO BOX 10949 |
| | | GREENSBORO, NC 27404- |
| JOHNNY C WOOD, CPA | | Firm's address and ZIP code |
| Print/type preparer's name | | 336-286-3204 |
| ████████ | ☐ Check if self-employed | Phone number       EIN ████████ |

PTIN
210702
12-17-12    For forms and publications, visit IRS.gov.

Form 1040X (Rev. 12-2012)

Stephen K. Pond
SSN: ███████████
Form 1040X for 2012

This amended return corrects errors made by the IRS in its Notice of Computational Adjustment date April 26, 2017 (the "Notice"). The Notice was generated as a result of adjustments made after audit to the partnership return of Insect Shield, LLC (EIN: ██ ███████, hereinafter referred to as "Insect Shield") for the 2012 calendar year (the "Partnership Adjustment").

The Partnership Adjustment resulted in a reduction in the amount of ordinary business income of Insect Shield allocated to the taxpayer individually and as the deemed owner of the income of a grantor trust, the 1993 Irrevocable Grantor Trust for the Descendants of Stephen Knight Pond (EIN: ███████████, hereinafter referred to as the "Grantor Trust").

On the taxpayer's original Form 1040 for the 2012 tax year, the taxpayer reported $488,791 of income allocated to the taxpayer from Insect Shield and $477,816 of income allocated to the Grantor Trust from Insect Shield. The Partnership Adjustment resulted in a final allocation of $187,028 to the taxpayer and $187,028 to the Grantor Trust.

The Notice erroneously *added* the taxpayer's allocable share of Insect Shield income for 2012 ($187,028) to the amounts already reported for the taxpayer and the Grantor Trust for 2012. This error resulted in a calculation of a balance due from the taxpayer of $29,228 for 2012, which the taxpayer paid on May 2, 2017.

In fact, the reduction in the taxpayer's and the Grantor Trust's allocable shares of Insect Shield income for 2012 resulting from the Partnership Adjustment should not have resulted in any additional tax due, but instead should have increased the amount of the taxpayer's passive activity loss carryforwards to 2013, and changed the amount of foreign tax credits.

**Specific Changes**

Lines 6 & 7.
The foreign tax credit changed for both regular tax and AMT because line 3e of Form 1116, Gross income from all sources, decreased for the changes made to I.S. ordinary business income described above. This caused more deductions to be allocated to foreign income, causing a reduction in foreign-sourced taxable income and a reduction in foreign tax credit for both regular tax and AMT.

Line 15.
The $29,228 on line 15 is the tax paid in response to IRS Notice of Tax Due on Federal Tax Return for 2012 dated April 24, 2017 (Document Locator Number 17251-114-13003-17), changing the calculation of tax for 2012 based on the revised I.S. ordinary business income allocation.

ITS AMENDED

# Form 1040 U.S. Individual Income Tax Return (99) 2012

OMB No. 1545-0074 | IRS Use Only - Do not write or staple in this space.

See separate instructions.

For the year Jan. 1-Dec. 31, 2012, or other tax year beginning _____ 2012, ending _____ , 20 ____

| Your first name and initial | Last name |
| STEPHEN K. | POND |

**Your social security number** [redacted]

If a joint return, spouse's first name and initial | Last name

**Spouse's social security number** [redacted]

Home address (number and street). If you have a P.O. box, see instructions. | Apt. no.

16 GRAYLYN PLACE

▲ Make sure the SSN(s) above and on line 6a are correct.

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below.

WINSTON-SALEM, NC 27106

Foreign country name | Foreign province/state/county | Foreign postal code

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

## Filing Status

Check only one box.

1 ☐ Single
2 ☐ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4 ☒ Head of household (with qualifying person). If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child

## Exemptions

6a ☒ Yourself. If someone can claim you as a dependent, do not check box 6a ......
b ☐ Spouse

**Boxes checked on 6a and 6b** 1.

c Dependents:

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if child under 17 qualifying for child tax credit |
| KATHLEEN H. L POND | [redacted] | DAUGHTER | |
| GEORGE K POND III | | SON | |
| STEPHEN K POND II | | SON | |

**No. of children on 6c who:**
• lived with you 2
• did not live with you due to divorce or separation (see instructions)

**Dependents on 6c not entered above** 1

If more than four dependents, see instructions and check here ▶ ☐

**Add numbers on lines above** 4

d Total number of exemptions claimed .......................................................................................

## Income

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 431,426. |
| 8a | Taxable interest. Attach Schedule B if required | 8a | 173,603. |
| b | Tax-exempt interest. Do not include on line 8a | 8b | |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a | 582,140. |
| b | Qualified dividends | 9b | 419,028. |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | 10 | 0. |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | 6,765,719. |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | 66,191. |
| 15a | IRA distributions | 15a | | b Taxable amount | 15b | |
| 16a | Pensions and annuities | 16a | | b Taxable amount | 16b | 571. |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | -344,935. |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits | 20a | 23,579. | b Taxable amount | 20b | 20,042. |
| 21 | Other income. List type and amount NOL CARRYOVER TO 2012 -993,937. | 21 | -993,937. |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 22 | 6,527,217. |

## Adjusted Gross Income

| | | | |
|---|---|---|---|
| 23 | Educator expenses | 23 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | |
| 25 | Health savings account deduction. Attach Form 8889 | 25 | |
| 26 | Moving expenses. Attach Form 3903 | 26 | |
| 27 | Deductible part of self-employment tax. Attach Schedule SE | 27 | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 | |
| 29 | Self-employed health insurance deduction | 29 | |
| 30 | Penalty on early withdrawal of savings | 30 | |
| 31a | Alimony paid b Recipient's SSN ▶ [redacted] | 31a | 1,000,000. |
| 32 | IRA deduction | 32 | |
| 33 | Student loan interest deduction | 33 | |
| 34 | Tuition and fees. Attach Form 8917 | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | |
| 36 | Add lines 23 through 35 | 36 | 1,000,000. |
| 37 | Subtract line 36 from line 22. This is your adjusted gross income ▶ | 37 | 5,527,217. |

210001
01-11-13

LHA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.

Form 1040 (2012)

SEC 1291 INT

2.

Case 1:21-cv-00083-LCB-LPA   Document 1-2   Filed 01/29/21   Page 6 of 21

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | 38 | 5,527,217. |

**Standard Deduction for—**
* **People who check any box on line 39a or 39b or who can be claimed as a dependent.**

* **All others:**
Single or Married filing separately, $5,950
Married filing jointly or Qualifying widow(er), $11,900
Head of household, $8,700

| | | |
|---|---|---|
| 39a Check if: | [X] You were born before January 2, 1948, [ ] Blind. [ ] Spouse was born before January 2, 1948, [ ] Blind. | Total boxes checked ▶ 39a   1 |
| b | If your spouse itemizes on a separate return or you were a dual-status alien, check here | ▶ 39b [ ] |

| | | | |
|---|---|---|---|
| 40 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 40 | 1,853,668. |
| 41 | Subtract line 40 from line 38 | 41 | 3,673,549. |
| 42 | Exemptions. Multiply $3,800 by the number on line 6d | 42 | 15,200. |
| 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 3,658,349. |
| 44 | Tax. Check if any from:  a [ ] Form(s) 8814  b [ ] Form 4972  c [X] 962 election SEC. 1291 | 44 | 541,673. ORIG |
| 45 | Alternative minimum tax. Attach Form 6251 | 45 | 206,227. AS AMENDED |
| 46 | Add lines 44 and 45 | 46 | 747,900. |
| 47 | Foreign tax credit. Attach Form 1116 if required   *AS AMENDED*  47  79,242. | | |
| 48 | Credit for child and dependent care expenses. Attach Form 2441  48 | | |
| 49 | Education credits from Form 8863, line 19  49 | | |
| 50 | Retirement savings contributions credit. Attach Form 8880  50 | | |
| 51 | Child tax credit. Attach Schedule 8812, if required  51 | | |
| 52 | Residential energy credits. Attach Form 5695  52 | | |
| 53 | Other credits from Form:  a [ ] 3800  b [ ] 8801  c [ ]  53 | | |
| 54 | Add lines 47 through 53. These are your total credits | 54 | 79,242. |
| 55 | Subtract line 54 from line 46. If line 54 is more than line 46, enter -0- | 55 | 668,658. |

| | | | |
|---|---|---|---|
| **Other Taxes** | 56 | Self-employment tax. Attach Schedule SE | 56 |
| | 57 | Unreported social security and Medicare tax from Form:  a [ ] 4137  b [ ] 8919 | 57 |
| | 58 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 58 |
| | 59a | Household employment taxes from Schedule H | 59a | 22,838. |
| | b | First-time homebuyer credit repayment. Attach Form 5405 if required | 59b |
| | 60 | Other taxes. Enter code(s) from instructions | 60 |
| | 61 | Add lines 55 through 60. This is your total tax | 61 | 691,496. |

| | | | | |
|---|---|---|---|---|
| **Payments** | 62 | Federal income tax withheld from Forms W-2 and 1099 | 62 | 3. |
| | 63 | 2012 estimated tax payments and amount applied from 2011 return | 63 | 768,746. |
| | 64a | Earned income credit (EIC) | 64a | |
| | b | Nontaxable combat pay election  64b | | |
| | 65 | Additional child tax credit. Attach Schedule 8812 | 65 | |
| | 66 | American opportunity credit from Form 8863, line 8 | 66 | |
| | 67 | Reserved | 67 | |
| | 68 | Amount paid with request for extension to file | 68 | |
| | 69 | Excess social security and tier 1 RRTA tax withheld | 69 | |
| | 70 | Credit for federal tax on fuels. Attach Form 4136 | 70 | 15. |
| | 71 | Credits from Form:  a [ ] 2439  b [ ] Reserved  c [X] 8801  d [ ] 8885 | 71 | 30,298. |
| | 72 | Add lines 62, 63, 64a, and 65 through 71. These are your total payments | 72 | 799,062. |

**If you have a qualifying child, attach Schedule EIC.**

| | | | |
|---|---|---|---|
| **Refund** | 73 | If line 72 is more than line 61, subtract line 61 from line 72. This is the amount you overpaid | 73 | 107,564. |
| | 74a | Amount of line 73 you want refunded to you. If Form 8888 is attached, check here | 74a |

**Direct deposit?** See instructions.
▶ b Routing number     ▶ c Type: [ ] Checking [ ] Savings   ▶ d Account number

| | | | |
|---|---|---|---|
| | 75 | Amount of line 73 you want applied to your 2013 estimated tax ▶ | 75 | 107,564. |

| | | |
|---|---|---|
| **Amount You Owe** | 76 | Amount you owe. Subtract line 72 from line 61. For details on how to pay, see instructions |
| | 77 | Estimated tax penalty (see instructions)  77 |

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS (see instructions)?   [X] Yes. Complete below.   [ ] No

| Designee's name ▶ JOHNNY C WOOD, CPA | Phone no. ▶ 336-286-3204 | Personal identification number (PIN) ▶ |
|---|---|---|

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See instructions. Keep a copy for your records.

| Your signature | Date | Your occupation  CORPORATE OFFICER | Daytime phone number |
|---|---|---|---|
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | If the IRS sent you an Identity Protection PIN, enter it here |

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check [ ] if self-employed | PTIN |
|---|---|---|---|---|
| JOHNNY C WOOD, CPA | JOHNNY C WOOD, CPA | 06/21/17 | | |

| Firm's name ▶ LBA HAYNES STRAND, PLLC | Firm's EIN ▶ |
|---|---|
| PO BOX 10949 | Phone no. 336-286-3204 |
| Firm's address ▶ GREENSBORO, NC 27404- | |

210002
01-11-13

OMB No. 1545-0121

# Foreign Tax Credit

(Individual, Estate, or Trust)

► Attach to Form 1040, 1040NR, 1041, or 990-T.

► Information about Form 1116 and its separate instructions is at www.irs.gov/form1116.

Form **1116**

Department of the Treasury
Internal Revenue Service (99)

**2012**

Attachment Sequence No. **19**

Name

Identifying number as shown on page 1 of your tax return

STEPHEN K. POND

Use a separate Form 1116 for each category of income listed below. See Categories of Income in the instructions. Check only one box on each Form 1116. Report all amounts in U.S. dollars except where specified in Part II below.

a [X] Passive category income    c [ ] Section 901(j) income    e [ ] Lump-sum distributions

b [ ] General category income    d [ ] Certain income re-sourced by treaty

f Resident of (name of country) ► UNITED STATES

Note: If you paid taxes to only one foreign country or U.S. possession, use column A in Part I and line A in Part II. If you paid taxes to more than one foreign country or U.S. possession, use a separate column and line for each country or possession.

## Part I — Taxable Income or Loss From Sources Outside the United States (for Category Checked Above)

| | | Foreign Country or U.S. Possession | | | Total |
|---|---|---|---|---|---|
| | | A | B | C | (Add cols. A, B, and C.) |
| g | Enter the name of the foreign country or U.S. possession ► | CANADA | GERMANY | SINGAPORE | |
| 1a | Gross income from sources within country shown above and of the type checked above: | 68,989. | 41,772. | 87,258. | 1a |
| b | Check if line 1a is compensation for personal services as an employee, your total compensation from all sources is $250,000 or more, and you used an alternative basis to determine its source (see instructions) ........ [ ] | | | | |
| | **Deductions and losses (Caution: See instructions):** | | | | |
| 2 | Expenses definitely related to the income on line 1a (attach statement) | 4,236. | 1,857. | 3,880. | |
| 3 | Pro rata share of other deductions not definitely related: | | | | |
| a | Certain itemized deductions or standard deduction | 116,364. | 116,364. | 116,364. | |
| b | Other deductions (attach statement) | 1,000,000. | 1,000,000. | 1,000,000. | |
| c | Add lines 3a and 3b | 1,116,364. | 1,116,364. | 1,116,364. | |
| d | Gross foreign source income | 68,989. | 41,772. | 87,258. | |
| e | Gross income from all sources | 12,164,331. | 12,164,331. | 12,164,331. | |
| f | Divide line 3d by line 3e | .005671 | .003434 | .007173 | |
| g | Multiply line 3c by line 3f | 6,331. | 3,834. | 8,008. | |
| 4 | Pro rata share of interest expense: | | | | |
| a | Home mortgage interest (use worksheet for Home Mortgage Interest in the instructions) | | | | |
| b | Other interest expense | | | | |
| 5 | Losses from foreign sources | | | | |
| 6 | Add lines 2, 3g, 4a, 4b, and 5 | 10,567. | 5,691. | 11,888. | 6 |

7 Subtract line 6 from line 1a. Enter the result here and on line 15, page 2 ......... ► 7

## Part II — Foreign Taxes Paid or Accrued

| Country | Credit is claimed for taxes (you must check one) (h) [X] Paid (i) [ ] Accrued | | In foreign currency | | | | In U.S. dollars | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | (j) Date paid or accrued | Taxes withheld at source on: | | | (n) Other foreign taxes paid or accrued | Taxes withheld at source on: | | | (r) Other foreign taxes paid or accrued | (s) Total foreign taxes paid or accrued (add cols. (o) through (r)) |
| | | | (k) Dividends | (l) Rents and royalties | (m) Interest | | (o) Dividends | (p) Rents and royalties | (q) Interest | | |
| A | | | | | | | 14,498. | | | 13. | 14,511. |
| B | 1099 TAX | | | | | | 8,102. | | | | 8,102. |
| C | 1099 TAX | | | | | | 12,716. | | | | 12,716. |

8 Add lines A through C, column (s). Enter the total here and on line 9, page 2 ......... ► 8

LHA For Paperwork Reduction Act Notice, see instructions.

Form **1116** (2012)

211501
01-24-13

# Foreign Tax Credit

(Individual, Estate, or Trust)

▶ Attach to Form 1040, 1040NR, 1041, or 990-T.

▶ Information about Form 1116 and its separate instructions is at www.irs.gov/form1116.

OMB No. 1545-0121

**2012**

Attachment
Sequence No. **19**

Name **STEPHEN K. POND**

Identifying number *as shown on page 1 of your tax return*

Use a separate Form 1116 for each category of income listed below. See Categories of Income in the instructions. Check only one box on each Form 1116. Report all amounts in U.S. dollars except where specified in Part I below.

a [X] Passive category income
b [ ] General category income
c [ ] Section 901(j) income
d [ ] Certain income re-sourced by treaty
e [ ] Lump-sum distributions

f Resident of (name of country) ▶ **UNITED STATES**

Note: *If you paid taxes to only one foreign country or U.S. possession, use column A in Part I and line A in Part II. If you paid taxes to more than one foreign country or U.S. possession, use a separate column and line for each country or possession.*

## Part I Taxable Income or Loss From Sources Outside the United States (for Category Checked Above)

| | | Foreign Country or U.S. Possession | | | Total |
|---|---|---|---|---|---|
| | | A | B | C | (Add cols. A, B, and C.) |
| g | Enter the name of the foreign country or U.S. possession ▶ | SWITZERLAND | OTHER COUNTRIES | SOUTH AFRICA | |
| 1a | Gross income from sources within country shown above and of the type checked above: | 7,723. | 99,631. | 8,240. | 1a |
| b | Check if line 1a is compensation for personal services as an employee, your total compensation from all sources is $250,000 or more, and you used an alternative basis to determine its source (see instructions) ▶ [ ] | | | | |
| | **Deductions and losses** (*Caution: See instructions*): | | | | |
| 2 | Expenses definitely related to the income on line 1a (attach statement) | 581. | | 366. | |
| 3 | Pro rata share of other deductions not definitely related: | | | | |
| a | Certain itemized deductions or standard deduction | 116,364. | 116,364. | 116,364. | |
| b | Other deductions (attach statement) | 1,000,000. | 1,000,000. | 1,000,000. | |
| c | Add lines 3a and 3b | 1,116,364. | 1,116,364. | 1,116,364. | |
| d | Gross foreign source income | 7,723. | 99,631. | 8,240. | |
| e | Gross income from all sources | 12,164,331. | 12,164,331. | 12,164,331. | |
| f | Divide line 3d by line 3e | .000635 | .008190 | .000677 | |
| g | Multiply line 3c by line 3f | 709. | 9,143. | 756. | |
| 4 | Pro rata share of interest expense: | | | | |
| a | Home mortgage interest (use worksheet for Home Mortgage Interest in the instructions) | | | | |
| b | Other interest expense | | | | |
| 5 | Losses from foreign sources | | | | |
| 6 | Add lines 2, 3g, 4a, 4b, and 5 | 1,290. | 9,143. | 1,122. | 6 |
| 7 | Subtract line 6 from line 1a. Enter the result here and on line 15, page 2 | | | | ▶ 7 |

## Part II Foreign Taxes Paid or Accrued

| Country | Credit is claimed for taxes (you must check one) (h) [X] Paid (i) [ ] Accrued | | In foreign currency | | | | In U.S. dollars | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | (j) Date paid or accrued | Taxes withheld at source on: | | | (n) Other foreign taxes paid or accrued | Taxes withheld at source on: | | | (r) Other foreign taxes paid or accrued | (s) Total foreign taxes paid or accrued (add cols. (o) through (r)) |
| | | (k) Dividends | (l) Rents and royalties | (m) Interest | | (o) Dividends | (p) Rents and royalties | (q) Interest | | |
| A | | | | | | 419. | | | | 419. |
| B | | | | | | | | | 2,207. | 2,207. |
| C | 1099 TAX | | | | | 429. | | | | 429. |

8 Add lines A through C, column (s). Enter the total here and on line 9, page 2 ▶ 8

LHA For Paperwork Reduction Act Notice, see instructions.

Form **1116** (2012)

211501
01-24-13

# Form **1116**

Department of the Treasury
Internal Revenue Service (99)

## Foreign Tax Credit
(Individual, Estate, or Trust)

▶ Attach to Form 1040, 1040NR, 1041, or 990-T.
▶ Information about Form 1116 and its separate instructions is at www.irs.gov/form1116.

**2012**

Attachment
Sequence No. **19**

Name

Identifying number as shown on page 1 of your tax return

STEPHEN K. POND

Use a separate Form 1116 for each category of income listed below. See Categories of Income in the instructions. Check only one box on each Form 1116. Report all amounts in U.S. dollars except where specified in Part II below.

- a [X] Passive category income
- b ☐ General category income
- c ☐ Section 901(j) income
- d ☐ Certain income re-sourced by treaty
- e ☐ Lump-sum distributions

**f** Resident of (name of country) ▶ UNITED STATES

Note: *If you paid taxes to only one foreign country or U.S. possession, use column A in Part I and line A in Part II. If you paid taxes to more than one foreign country or U.S. possession, use a separate column and line for each country or possession.*

## Part I | Taxable Income or Loss From Sources Outside the United States (for Category Checked Above)

| | | Foreign Country or U.S. Possession | | | Total |
|---|---|---|---|---|---|
| | | **A** | **B** | **C** | (Add cols. A, B, and C.) |
| **g** | Enter the name of the foreign country or U.S. possession ▶ | CHINA | | | |
| **1a** | Gross income from sources within country shown above and of the type checked above: | 329,812. | | | 1a 643,425. ORIG |
| **b** | Check if line 1a is compensation for personal services as an employee, your total compensation from all sources is $250,000 or more, and you used an alternative basis to determine its source (see instructions) ▶ ☐ | | | | |
| | **Deductions and losses (Caution: See instructions):** | | | | |
| **2** | Expenses definitely related to the income on line 1a (attach statement) | | | | |
| **3** | Pro rata share of other deductions not definitely related: | | | | |
| **a** | Certain itemized deductions or standard deduction | 116,364. | | | |
| **b** | Other deductions (attach statement) | 1,000,000. | | | |
| **c** | Add lines 3a and 3b | 1,116,364. | | | |
| **d** | Gross foreign source income | 329,812. | | | |
| **e** | Gross income from all sources *AS AMENDED* | 12,164,331. | | | |
| **f** | Divide line 3d by line 3e | .027113 | | | |
| **g** | Multiply line 3c by line 3f | 30,268. | | | |
| **4** | Pro rata share of interest expense: | | | | |
| **a** | Home mortgage interest (use worksheet for Home Mortgage Interest in the instructions) | | | | |
| **b** | Other interest expense | | | | |
| **5** | Losses from foreign sources | | | | |
| **6** | Add lines 2, 3g, 4a, 4b, and 5 | 30,268. | | *AS AMENDED* 6 | 69,969. |
| **7** | Subtract line 6 from line 1a. Enter the result here and on line 15, page 2 | | | ▶ 7 | 573,456. |

## Part II | Foreign Taxes Paid or Accrued

| Country | Credit is claimed for taxes (you must check one) (h)☐ Paid (i)[X] Accrued | Foreign taxes paid or accrued | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | In foreign currency | | | | In U.S. dollars | | | | |
| | | (j) Date paid or accrued | Taxes withheld at source on: | | | (n) Other foreign taxes paid or accrued | Taxes withheld at source on: | | | (r) Other foreign taxes paid or accrued | (s) Total foreign taxes paid or accrued (add cols. (o) through (r)) |
| | | | (k) Dividends | (l) Rents and royalties | (m) Interest | | (o) Dividends | (p) Rents and royalties | (q) Interest | | |
| **A** | | | | | | | | | | 4,588. | 4,588. |
| **B** | | | | | | | | | | | |
| **C** | | | | | | | | | | | |
| | **8** Add lines A through C, column (s). Enter the total here and on line 9, page 2 | | | | | | | | ▶ | 8 | 42,972. |

LHA  For Paperwork Reduction Act Notice, see instructions.

Form **1116** (2012)

**Part III | Figuring the Credit**

| | | | | |
|---|---|---|---|---|
| 9 | Enter the amount from line 8. These are your total foreign taxes paid or accrued for the category of income checked above Part I | 9 | 42,972. | |
| 10 | Carryback or carryover (attach detailed computation) | 10 | 90,767. | |
| 11 | Add lines 9 and 10 | 11 | 133,739. | |
| 12 | Reduction in foreign taxes | 12 | | |
| 13 | Taxes reclassified under high tax kickout | 13 | | |
| 14 | Combine lines 11, 12, and 13. This is the total amount of foreign taxes available for credit ..... *ORIG* | 14 | | 133,739. |
| 15 | Enter the amount from line 7. This is your taxable income or (loss) from sources outside the United States (before adjustments) for the category of income checked above Part I | 15 | 573,456. | |
| 16 | Adjustments to line 15 | 16 | -36,027. | |
| 17 | Combine the amounts on lines 15 and 16. This is your net foreign source taxable income. (If the result is zero or less, you have no foreign tax credit for the category of income you checked above Part I. Skip lines 18 through 22. However, if you are filing more than one Form 1116, you must complete line 20.) | 17 | 537,429. | |
| 18 | Individuals: Enter the amount from Form 1040, line 41, or Form 1040NR, line 39. Estates and trusts: Enter your taxable income without the deduction for your exemption ..... *ORIG* | 18 | 3,673,549. | |
| | Caution: *If you figured your tax using the lower rates on qualified dividends or capital gains, see instructions.* | | | |
| 19 | Divide line 17 by line 18. If line 17 is more than line 18, enter "1" | 19 | | .146297 |
| 20 | Individuals: Enter the amount from Form 1040, line 44. If you are a nonresident alien, enter the amount from Form 1040NR, line 42. Estates and trusts: Enter the amount from Form 1041, Schedule G, line 1a, or the total of Form 990-T, lines 36 and 37 | 20 | | 541,650. |
| | Caution: *If you are completing line 20 for separate category e (lump-sum distributions), see instructions.* | | | |
| 21 | Multiply line 20 by line 19 (maximum amount of credit) | 21 | | 79,242. |
| 22 | Enter the smaller of line 14 or line 21. If this is the only Form 1116 you are filing, skip lines 23 through 27 and enter this amount on line 28. Otherwise, complete the appropriate line in Part IV ▶ | 22 | | 79,242. |

**Part IV | Summary of Credits From Separate Parts III**

| | | | | |
|---|---|---|---|---|
| 23 | Credit for taxes on passive category income | 23 | | |
| 24 | Credit for taxes on general category income | 24 | | |
| 25 | Credit for taxes on certain income re-sourced by treaty | 25 | | |
| 26 | Credit for taxes on lump-sum distributions | 26 | | |
| 27 | Add lines 23 through 26 | 27 | | 79,242. |
| 28 | Enter the smaller of line 20 or line 27 | 28 | | |
| 29 | Reduction of credit for international boycott operations | 29 | | |
| 30 | Subtract line 29 from line 28. This is your foreign tax credit. Enter here and on Form 1040, line 47; Form 1040NR, line 45; Form 1041, Schedule G, line 2a; or Form 990-T, line 40a ▶ | 30 | | 79,242. |

Form 1116 (2012)

211511
01-10-13

Form **6251**

## Alternative Minimum Tax - Individuals

OMB No. 1545-0074

**2012**

Department of the Treasury
Internal Revenue Service (99)

▶ Information about Form 6251 and its separate instructions is at *www.irs.gov/form6251.*
▶ Attach to Form 1040 or Form 1040NR.

Attachment
Sequence No. **32**

Name(s) shown on Form 1040 or Form 1040NR

STEPHEN K. POND

Your social security number

### Part I · Alternative Minimum Taxable Income

| | | |
|---|---|---:|
| 1 | If filing Schedule A (Form 1040), enter the amount from Form 1040, line 41, and go to line 2. Otherwise, enter the amount from Form 1040, line 38, and go to line 7. (If less than zero, enter as a negative amount.) ............ 1 | 3,673,549. |
| 2 | Medical and dental. Enter the smaller of Schedule A (Form 1040), line 4, or 2.5% (.025) of Form 1040, line 38. If zero or less, enter -0- ............ 2 | |
| 3 | Taxes from Schedule A (Form 1040), line 9 ............ 3 | 82,227. |
| 4 | Enter the home mortgage interest adjustment, if any, from line 6 of the worksheet in the instructions for this line ... 4 | |
| 5 | Miscellaneous deductions from Schedule A (Form 1040), line 27 ............ 5 | 710,059. |
| 6 | Skip this line. It is reserved for future use ............ 6 | |
| 7 | Tax refund from Form 1040, line 10 or line 21 ............ 7 | |
| 8 | Investment interest expense (difference between regular tax and AMT) ............ 8 | -272,281. |
| 9 | Depletion (difference between regular tax and AMT) ............ 9 | |
| 10 | Net operating loss deduction from Form 1040, line 21. Enter as a positive amount ............ 10 | 993,937. |
| 11 | Alternative tax net operating loss deduction ............ 11 | -164,760. |
| 12 | Interest from specified private activity bonds exempt from the regular tax ............ 12 | |
| 13 | Qualified small business stock (7% of gain excluded under section 1202) ............ 13 | |
| 14 | Exercise of incentive stock options (excess of AMT income over regular tax income) ............ 14 | |
| 15 | Estates and trusts (amount from Schedule K-1 (Form 1041), box 12, code A) ............ 15 | |
| 16 | Electing large partnerships (amount from Schedule K-1 (Form 1065-B), box 6) ............ 16 | |
| 17 | Disposition of property (difference between AMT and regular tax gain or loss) ............ 17 | |
| 18 | Depreciation on assets placed in service after 1986 (difference between regular tax and AMT) ............ 18 | |
| 19 | Passive activities (difference between AMT and regular tax income or loss) ............ 19 | 0. |
| 20 | Loss limitations (difference between AMT and regular tax income or loss) ............ 20 | 0. |
| 21 | Circulation costs (difference between regular tax and AMT) ............ 21 | 67,369. |
| 22 | Long-term contracts (difference between AMT and regular tax income) ............ 22 | |
| 23 | Mining costs (difference between regular tax and AMT) ............ 23 | |
| 24 | Research and experimental costs (difference between regular tax and AMT) ............ 24 | |
| 25 | Income from certain installment sales before January 1, 1987 ............ 25 | |
| 26 | Intangible drilling costs preference ............ 26 | |
| 27 | Other adjustments, including income-based related adjustments ............ 27 | -2. |
| 28 | Alternative minimum taxable income. Combine lines 1 through 27. (If married filing separately, see instructions.)   *ORIG*  ............ 28 | 5,090,098. |

### Part II · Alternative Minimum Tax (AMT)

| | | |
|---|---|---:|
| 29 | Exemption. See instructions ............ 29 | 0. |
| 30 | Subtract line 29 from line 28. If more than zero, go to line 31. If zero or less, enter -0- here and on lines 31, 33, and 35, and go to line 34 ............ 30 | 5,090,098. |
| 31 | • If you are filing Form 2555 or 2555-EZ, see instructions for the amount to enter. | |
| | • If you reported capital gain distributions directly on Form 1040, line 13; you reported qualified dividends on Form 1040, line 9b; or you had a gain on both lines 15 and 16 of Schedule D (Form 1040) (as refigured for the AMT, if necessary), complete Part III on page 2 and enter the amount from line 54 here. ... 31 | 756,412. |
| | • All others: If line 30 is $175,000 or less ($87,500 if married filing separately), multiply line 30 by 26% (.26). Otherwise, multiply line 30 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately) from the result. | |
| 32 | Alternative minimum tax foreign tax credit (see instructions)   *AS AMENDED*  ............ 32 | 87,754. |
| 33 | Tentative minimum tax. Subtract line 32 from line 31 ............ 33 | 668,658. |
| 34 | Tax from Form 1040, line 44 (minus any tax from Form 4972 and any foreign tax credit from Form 1040, line 47).   *AS AMENDED*  If you used Sch J to figure your tax, the amount from line 44 of Form 1040 must be refigured without using Sch J ............ 34 | 462,431. |
| 35 | AMT. Subtract line 34 from line 33. If zero or less, enter -0-. Enter here and on Form 1040, line 45 ............ 35 | 206,227. |

LHA   For Paperwork Reduction Act Notice, see your tax return instructions.

Form **6251** (2012)

219481
12-12-12

### Part III | Tax Computation Using Maximum Capital Gains Rates

Complete Part III only if you are required to do so by line 31 or by the Foreign Earned Income Tax Worksheet in the instructions.

| | | | | |
|---|---|---|---|---|
| 36 | Enter the amount from Form 6251, line 30. If you are filing Form 2555 or 2555-EZ, enter the amount from line 3 of the worksheet in the instructions for line 31 | 36 | | 5,090,098. |
| 37 | Enter the amount from line 6 of the Qualified Dividends and Capital Gain Tax Worksheet in the instructions for Form 1040, line 44, or the amount from line 13 of the Schedule D Tax Worksheet in the instructions for Schedule D (Form 1040), whichever applies (as refigured for the AMT, if necessary) (see instructions). If you are filing Form 2555 or 2555-EZ, see instructions for the amount to enter | 37 | 7,184,744. | |
| 38 | Enter the amount from Schedule D (Form 1040), line 19 (as refigured for the AMT, if necessary) (see instructions). If you are filing Form 2555 or 2555-EZ, see instructions for the amount to enter | 38 | | |
| 39 | If you did not complete a Schedule D Tax Worksheet for the regular tax or the AMT, enter the amount from line 37. Otherwise, add lines 37 and 38, and enter the smaller of that result or the amount from line 10 of the Schedule D Tax Worksheet (as refigured for the AMT, if necessary). If you are filing Form 2555 or 2555-EZ, see instructions for the amount to enter | 39 | 7,184,744. | |
| 40 | Enter the smaller of line 36 or line 39 | 40 | | 5,090,098. |
| 41 | Subtract line 40 from line 36 | 41 | | 0. |
| 42 | If line 41 is $175,000 or less ($87,500 or less if married filing separately), multiply line 41 by 26% (.26). Otherwise, multiply line 41 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately) from the result ▶ | 42 | | |
| 43 | Enter:<br>• $70,700 if married filing jointly or qualifying widow(er),<br>• $35,350 if single or married filing separately, or<br>• $47,350 if head of household. | 43 | 47,350. | |
| 44 | Enter the amount from line 7 of the Qualified Dividends and Capital Gain Tax Worksheet in the instructions for Form 1040, line 44, or the amount from line 14 of the Schedule D Tax Worksheet in the instructions for Schedule D (Form 1040), whichever applies (as figured for the regular tax). If you did not complete either worksheet for the regular tax, enter -0- | 44 | | |
| 45 | Subtract line 44 from line 43. If zero or less, enter -0- | 45 | 47,350. | |
| 46 | Enter the smaller of line 36 or line 37 | 46 | 5,090,098. | |
| 47 | Enter the smaller of line 45 or line 46 | 47 | 47,350. | |
| 48 | Subtract line 47 from line 46 | 48 | 5,042,748. | |
| 49 | Multiply line 48 by 15% (.15) ▶ | 49 | | 756,412. |
| | If line 38 is zero or blank, skip lines 50 and 51 and go to line 52. Otherwise, go to line 50. | | | |
| 50 | Subtract line 46 from line 40 | 50 | | |
| 51 | Multiply line 50 by 25% (.25) ▶ | 51 | | |
| 52 | Add lines 42, 49, and 51 | 52 | | 756,412. |
| 53 | If line 36 is $175,000 or less ($87,500 or less if married filing separately), multiply line 36 by 26% (.26). Otherwise, multiply line 36 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately) from the result | 53 | | 1,421,727. |
| 54 | Enter the smaller of line 52 or line 53 here and on line 31. If you are filing Form 2555 or 2555-EZ, do not enter this amount on line 31. Instead, enter it on line 4 of the worksheet in the instructions for line 31 | 54 | | 756,412. |

Form 6251 (2012)

Case 1:21-cv-00083-LCB-LPA   Document 1-2   Filed 01/29/21   Page 13 of 21

Form **8582**

Department of the Treasury
Internal Revenue Service (99)

## Passive Activity Loss Limitations

➤ See separate instructions.
➤ Attach to Form 1040 or Form 1041.
➤ Information about Form 8582 and its instructions is available at *www.irs.gov/form8582*.

OMB No. 1545-1008

**2012**

Attachment
Sequence No. **88**

Name(s) shown on return

STEPHEN K. POND

Identifying number

### Part I  2012 Passive Activity Loss   Caution: *Complete Worksheets 1, 2, and 3 before completing Part I.*

**Rental Real Estate Activities With Active Participation** (For the definition of active participation, see
Special Allowance for Rental Real Estate Activities in the instructions.)

| | | | | |
|---|---|---|---|---|
| 1a Activities with net income (enter the amount from Worksheet 1, column (a)) | 1a | | | |
| b Activities with net loss (enter the amount from Worksheet 1, column (b)) | 1b | −400,563. | | |
| c Prior years unallowed losses (enter the amount from Worksheet 1, column (c)) **ORIG** | 1c | −145,093. | | |
| d Combine lines 1a, 1b, and 1c | | | 1d | −545,656. |

**Commercial Revitalization Deductions From Rental Real Estate Activities**

| | | | | |
|---|---|---|---|---|
| 2a Commercial revitalization deductions from Worksheet 2, column (a) | 2a | | | |
| b Prior year unallowed commercial revitalization deductions from Worksheet 2, column (b) | 2b | | | |
| c Add lines 2a and 2b | | | 2c | |

**All Other Passive Activities**

| | | | | |
|---|---|---|---|---|
| 3a Activities with net income (enter the amount from Worksheet 3, column (a)) **AS AMENDED** | 3a | 801,098. | | |
| b Activities with net loss (enter the amount from Worksheet 3, column (b)) **ORIG** | 3b | −145,262. | | |
| c Prior years unallowed losses (enter the amount from Worksheet 3, column (c)) **ORIG** | 3c | −1,306,326. | | |
| d Combine lines 3a, 3b, and 3c | | | 3d | −650,490. |

| | | | |
|---|---|---|---|
| 4  Combine lines 1d, 2c, and 3d. If this line is zero or more, stop here and include this form with your return; all losses are allowed, including any prior year unallowed losses entered on line 1c, 2b, or 3c. Report the losses on the forms and schedules normally used | | 4 | −1,196,146. |

If line 4 is a loss and:   • Line 1d is a loss, go to Part II.
                            • Line 2c is a loss (and line 1d is zero or more), skip Part II and go to Part III.
                            • Line 3d is a loss (and lines 1d and 2c are zero or more), skip Parts II and III and go to line 15.

**Caution:** *If your filing status is married filing separately and you lived with your spouse at any time during the year, do not complete Part II or Part III. Instead, go to line 15.*

### Part II  Special Allowance for Rental Real Estate Activities With Active Participation

**Note:** *Enter all numbers in Part II as positive amounts. See instructions for an example.*

| | | | | |
|---|---|---|---|---|
| 5 Enter the smaller of the loss on line 1d or the loss on line 4 | | | 5 | 545,656. |
| 6 Enter $150,000. If married filing separately, see instructions | 6 | 150,000. | | |
| 7 Enter modified adjusted gross income, but not less than zero (see instructions) | 7 | 5,507,175. | | |
| | **Note:** *If line 7 is greater than or equal to line 6, skip lines 8 and 9, enter -0- on line 10. Otherwise, go to line 8.* | | | |
| 8 Subtract line 7 from line 6 | 8 | | | |
| 9 Multiply line 8 by 50% (.5). Do not enter more than $25,000. If married filing separately, see instructions | | | 9 | |
| 10 Enter the smaller of line 5 or line 9 | | | 10 | 0. |

If line 2c is a loss, go to Part III. Otherwise, go to line 15.

### Part III  Special Allowance for Commercial Revitalization Deductions From Rental Real Estate Activities

**Note:** *Enter all numbers in Part III as positive amounts. See the example for Part II in the instructions.*

| | | |
|---|---|---|
| 11 Enter $25,000 reduced by the amount, if any, on line 10. If married filing separately, see instructions | 11 | |
| 12 Enter the loss from line 4 | 12 | |
| 13 Reduce line 12 by the amount on line 10 | 13 | |
| 14 Enter the smallest of line 2c (treated as a positive amount), line 11, or line 13 | 14 | |

### Part IV  Total Losses Allowed

| | | |
|---|---|---|
| 15 Add the income, if any, on lines 1a and 3a and enter the total | 15 | 801,098. |
| 16 Total losses allowed from all passive activities for 2012. Add lines 10, 14, and 15. See instructions to find out how to report the losses on your tax return | 16 | 801,098. |

LHA  219761 09-26-12  For Paperwork Reduction Act Notice, see instructions.

Form **8582** (2012)

| Part I | Exemptions |
|---|---|

Complete this part only if you are:
- Increasing or decreasing the number of exemptions (personal and dependents) claimed on line 6d of the return you are amending, or
- Increasing or decreasing the exemption amount for housing individuals displaced by a Midwestern disaster in 2009.

*See Form 1040 or Form 1040A instructions and Form 1040X instructions.*

|  |  | A. Original number of exemptions or amount reported or as previously adjusted | B. Net change | C. Correct number or amount |
|---|---|---|---|---|
| 23 | Yourself and spouse. *Caution. If someone can claim you as a dependent, you cannot claim an exemption for yourself* ..... | 23 | | |
| 24 | Your dependent children who lived with you ..... | 24 | | |
| 25 | Your dependent children who did not live with you due to divorce or separation ..... | 25 | | |
| 26 | Other dependents ..... | 26 | | |
| 27 | Total number of exemptions. Add lines 23 through 26 ..... | 27 | | |
| 28 | Multiply the number of exemptions claimed on line 27 by the exemption amount shown in the instructions for line 28 for the year you are amending ..... | 28 | | |
| 29 | If you are claiming an exemption amount for housing individuals displaced by a Midwestern disaster, enter the amount from Form 8914, line 6 for 2009 ..... | 29 | | |
| 30 | Add lines 28 and 29. Enter the result here and on line 4 on page 1 of this form ... | 30 | | |

31  List ALL dependents (children and others) claimed on this amended return. If more than 4 dependents, see instructions.

| (a) First name          Last name | (b) Dependent's social security number | (c) Dependent's relationship to you | (d) Check box if qualifying child for child tax credit |
|---|---|---|---|
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

| Part II | Presidential Election Campaign Fund |
|---|---|

Checking below will not increase your tax or reduce your refund.
- ☐ Check here if you did not previously want $3 to go to the fund, but now do.
- ☐ Check here if this is a joint return and your spouse did not previously want $3 to go to the fund, but now does.

| Part III | Explanation of changes. In the space provided below, tell us why you are filing Form 1040X. |
|---|---|

▶ Attach any supporting documents and new or changed forms and schedules.

SEE ATTACHED.

**Sign Here**
Remember to keep a copy of this form for your records.
Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information about which the preparer has any knowledge.

▶ *[signature]* 7/19/17          ▶

| Your signature          Date | Spouse's signature. If a joint return, both must sign.          Date |
|---|---|

**Paid Preparer Use Only**

| ▶ JOHNNY C WOOD, CPA | 06/22/17 | LBA HAYNES STRAND, PLLC |
|---|---|---|
| Preparer's signature | Date | Firm's name (or yours if self-employed) |

| JOHNNY C WOOD, CPA | | PO BOX 10949 |
|---|---|---|
| | | GREENSBORO, NC 27404- |
| Print/type preparer's name | ☐ Check if self-employed | Firm's address and ZIP code |
| | | 336-286-3204 |
| PTIN | | Phone number          EIN |

210702
12-17-12  For forms and publications, visit IRS.gov.          Form 1040X (Rev. 12-2012)

(SLIP SHEET)

STEPHEN K. POND
2013 FORM 1040X

Department of the Treasury - Internal Revenue Service

# Amended U.S. Individual Income Tax Return

OMB No. 1545-0074

▶ Information about Form 1040X and its separate instructions is at *www.irs.gov/form1040x.*

This return is for calendar year  [X] 2013  [ ] 2012  [ ] 2011  [ ] 2010

Other year. Enter one: calendar year _____ or fiscal year (month and year ended): _____

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| STEPHEN K. | POND | |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |

Home address (number and street). If you have a P.O. box, see instructions. — **16 GRAYLYN PLACE**   Apt. no.   Your phone number

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions). — **WINSTON-SALEM, NC 27106**

| Foreign country name | Foreign province/state/county | Foreign postal code |
|---|---|---|

**Amended return filing status.** You must check one box even if you are not changing your filing status.

*Caution. In general, you cannot change your filing status from joint to separate returns after the due date.*

[ ] Single  [ ] Married filing jointly  [ ] Married filing separately
[ ] Qualifying widow(er)  [X] Head of household (If the qualifying person is a child but not your dependent, see instructions.)

| Use Part III on page 2 to explain any changes | | A. Original amount or as previously adjusted (see instructions) | B. Net change – amount of increase or (decrease) – explain in Part III | C. Correct amount |
|---|---|---|---|---|
| **Income and Deductions** | | | | |
| 1 Adjusted gross income. If net operating loss (NOL) carryback is included, check here ▶ [ ] | 1 | 5,049,286. | <592,551.> | 4,456,735. |
| 2 Itemized deductions or standard deduction | 2 | 2,016,562. | 29,628. | 2,046,190. |
| 3 Subtract line 2 from line 1 | 3 | 3,032,724. | <622,179.> | 2,410,545. |
| 4 Exemptions. If changing, complete Part I on page 2 and enter the amount from line 28 | 4 | | | |
| 5 Taxable income. Subtract line 4 from line 3 | 5 | 3,032,724. | <622,179.> | 2,410,545. |
| **Tax Liability** | | | | |
| 6 Tax. Enter method used to figure tax: SCH D | 6 | 971,898. | <123,916.> | 847,982. |
| 7 Credits. If general business credit carryback is included, check here ▶ [ ] | 7 | 50,522. | <539.> | 49,983. |
| 8 Subtract line 7 from line 6. If the result is zero or less, enter -0- | 8 | 921,376. | <123,377.> | 797,999. |
| 9 Other taxes | 9 | 174,934. | <22,517.> | 152,417. |
| 10 Total tax. Add lines 8 and 9 | 10 | 1,096,310. | <145,894.> | 950,416. |
| **Payments** | | | | |
| 11 Federal income tax withheld and excess social security and tier 1 RRTA tax withheld (if changing, see instructions) | 11 | 5,064. | | 5,064. |
| 12 Estimated tax payments, including amount applied from prior year's return | 12 | 1,899,141. | | 1,899,141. |
| 13 Earned income credit (EIC) | 13 | | | |
| 14 Refundable credits from Schedule(s) [ ] 8812 or [ ] M or Form(s) [ ] 2439 [ ] 4136 [ ] 5405 [ ] 8801 [ ] 8812 (2010 or 2011) [ ] 8839 [ ] 8863 [ ] 8885 or [ ] other (specify): | 14 | | | |
| 15 Total amount paid with request for extension of time to file, tax paid with original return, and additional tax paid after return was filed | 15 | | | |
| 16 Total payments. Add lines 11 through 15 | 16 | | | 1,904,205. |
| **Refund or Amount You Owe** *(Note. Allow 8-12 weeks to process Form 1040X.)* | | | | |
| 17 Overpayment, if any, as shown on original return or as previously adjusted by the IRS | 17 | | | 807,895. |
| 18 Subtract line 17 from line 16 (if less than zero, see instructions) | 18 | | | 1,096,310. |
| 19 **Amount you owe.** If line 10, column C, is more than line 18, enter the difference | 19 | | | |
| 20 If line 10, column C, is less than line 18, enter the difference. This is the amount **overpaid** on this return | 20 | | | 145,894. |
| 21 Amount of line 20 you want **refunded to you** | 21 | | | 145,894. |
| 22 Amount of line 20 you want applied to your (enter year): _____ estimated tax | 22 | | | |

Complete and sign this form on Page 2.

LHA   For Paperwork Reduction Act Notice, see instructions.   SEC 1291 INT   246 .Form **1040X** (Rev. 12-2013)
310701
04-11-14

8

16160621 139882 1927.15          2013.06050 POND, STEPHEN          1927_154

Case 1:21-cv-00083-LCB-LPA   Document 1-2   Filed 01/29/21   Page 17 of 21

| Part I | Exemptions |
|---|---|

Complete this part **only** if you are increasing or decreasing the number of exemptions (personal and dependents) claimed on line 6d of the return you are amending.

| *See Form 1040 or Form 1040A instructions and Form 1040X instructions.* | | **A. Original number of exemptions or amount reported or as previously adjusted** | **B. Net change** | **C. Correct number or amount** |
|---|---|---|---|---|
| 23 | Yourself and spouse. *Caution. If someone can claim you as a dependent, you cannot claim an exemption for yourself* ............... | 23 | | |
| 24 | Your dependent children who lived with you ............................... | 24 | | |
| 25 | Your dependent children who did not live with you due to divorce or separation .................................................................. | 25 | | |
| 26 | Other dependents ................................................................. | 26 | | |
| 27 | Total number of exemptions. Add lines 23 through 26 .................. | 27 | | |
| 28 | Multiply the number of exemptions claimed on line 27 by the exemption amount shown in the instructions for line 28 for the year you are amending. Enter the result here and on line 4 on page 1 of this form ........................ | 28 | | |

29 List **ALL** dependents (children and others) claimed on this amended return. If more than 4 dependents, see instructions.

| (a) First name                 Last name | (b) Dependent's social security number | (c) Dependent's relationship to you | (d) Check box if qualifying child for child tax credit |
|---|---|---|---|
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

| Part II | Presidential Election Campaign Fund |
|---|---|

Checking below will not increase your tax or reduce your refund.

☐ Check here if you did not previously want $3 to go to the fund, but now do.

☐ Check here if this is a joint return and your spouse did not previously want $3 to go to the fund, but now does.

| Part III | Explanation of changes. In the space provided below, tell us why you are filing Form 1040X. |
|---|---|

▶    Attach any supporting documents and new or changed forms and schedules.

SEE ATTACHED.

**Sign Here**

**Remember to keep a copy of this form for your records.**

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information about which the preparer has any knowledge.

▶ *Stephen Kynt Pond* 7/17/17 ▶ _____

Your signature        Date        Spouse's signature. If a joint return, **both** must sign.    Date

**Paid Preparer Use Only**

| | | |
|---|---|---|
| ▶ JOHNNY C WOOD, CPA | 06/21/17 | LBA HAYNES STRAND, PLLC |
| Preparer's signature | Date | Firm's name (or yours if self-employed) |
| | | PO BOX 10949 |
| JOHNNY C WOOD, CPA | | GREENSBORO, NC 27404- |
| Print/type preparer's name | ☐ Check if self-employed | Firm's address and ZIP code |
| P00370070 | | 336-286-3204      20-4759472 |
| PTIN | | Phone number        EIN |

310702
01-03-14    For forms and publications, visit IRS.gov.

16160621 139882 1927.15        2013.06050 POND, STEPHEN         1927_154

Stephen K. Pond
SSN: ███████████
Form 1040X for 2013

This amended return adjusts the taxpayer's 2013 taxable income to account for increases in passive activity loss carryforwards from 2012 as reported on the taxpayer's form 1040X amended return filed contemporaneously herewith (the "2012 Amended Return"). The 2012 Amended Return was filed to correct errors made by the IRS in its Notice of Computational Adjustment date April 26, 2017 (the "Notice"). The Notice was generated as a result of adjustments made after audit to the partnership return of Insect Shield, LLC ███████████, hereinafter referred to as "Insect Shield") for the 2012 calendar year (the "Partnership Adjustment").

The Partnership Adjustment resulted in a reduction in the amount of ordinary business income of Insect Shield allocated to the taxpayer individually and as the deemed owner of the income of a grantor trust, the 1993 Irrevocable Grantor Trust for the Descendants of Stephen Knight Pond (███████████, hereinafter referred to as the "Grantor Trust").

On the taxpayer's original Form 1040 for the 2012 tax year, the taxpayer reported $488,791 of income allocated to the taxpayer from Insect Shield and $477,816 of income allocated to the Grantor Trust from Insect Shield. The Partnership Adjustment resulted in a final allocation of $187,028 to the taxpayer and $187,028 to the Grantor Trust.

The Notice erroneously _added_ the taxpayer's allocable share of Insect Shield income for 2012 ($187,028) to the amounts already reported for the taxpayer and the Grantor Trust for 2012. The 2012 Amended Return was filed to correct this error.

The reduction in the taxpayer's and the Grantor Trust's allocable shares of Insect Shield income for 2012 resulting from the Partnership Adjustment resulted in an increase in the amount of the taxpayer's passive activity loss carryforwards to 2013. This amended return applies the increased passive activity loss carryforwards from 2012 to the taxpayer's 2013 taxable income, resulting in a reduction of the taxpayer's net passive activity income for the 2013 tax year.

**Specific Changes**

Line 1.
The decrease in AGI is itemized in the attached sheet. It is a direct result of the increase in PAL carryovers to 2013 as described above.

Line 2.
The reduction in AGI lowered both the floor for miscellaneous itemized deductions on Schedule A and the overall limitation on itemized deductions as detailed on the attached sheet.

Line 6.
See the attached sheet. The Schedule D tax decreased and the AMT increased.

Stephen K. Pond
SSN: ███████████
Form 1040X for 2013

Line 7.
Itemized deductions increased and gross income from all sources decreased on lines 3a and 3e of Form 1116, respectively. The result was a lowered foreign tax credit for both regular tax and AMT purposes (more deductions allocated to foreign income, causing a reduction in foreign-sourced taxable income).

Line 9.
See the attached sheet. The net investment income tax reported on Form 8960 was reduced as a result of the lowered net income from passive activities.

Stephen K. Pond
Form 1040X for 2013
SSN: ███████

|  |  | Form 1040X, Col. B |
|---|---|---|
| Line 1: | Insect Shield, LLC: | |
|  | Revised 2012 ordinary income, taxpayer | 187,028 |
|  | Revised 2012 ordinary income, grantor trust | 187,028 |
|  | Original 2012 ordinary income, taxpayer | (488,791) |
|  | Original 2012 ordinary income, grantor trust | (477,816) |
|  | Total change in 2012 PAL C/O to 2013 | (592,551) |
|  |  | |
|  | Changes to 2013 income resulting from changed PAL C/O: | |
|  | Schedule D | (13) |
|  | Form 4797 | (1,456) |
|  | Schedule E, pg 2 | (591,082) |
|  |  | (592,551) |
|  |  | |
| Line 2: | Reduction in §67(a) floor - 2% of AGI reduction | 11,851 |
|  | Reduction in §68 overall limit - 3% of AGI reduction | 17,777 |
|  |  | 29,628 |
|  |  | |
| Line 5: | Reduction in taxable income | (622,179) |
|  |  | |
| Line 6: | Reduction in capital gains tax - 20% of line 5 | (124,436) |
|  | Increase in AMT | 520 |
|  |  | (123,916) |
|  |  | |
| Line 7: | Reduction in foreign tax credit | 539 |
|  |  | |
| Line 9: | Reduction in net investment income tax - 3.8% of line 1 | (22,517) |
|  |  | |
| Line 10: | Net reduction in total tax (lines 6+7+9) | (145,894) |