# Exhibit D



**IRS** Department of the Treasury
Internal Revenue Service
ANSC
Andover MA 01810

In reply refer to: 0841989279
Sep. 14, 2017    LTR 96C   1
                201212 30
                      00000023
                BODC: SB

STEPHEN K POND
16 GRAYLYN PLACE CT
WINSTON SALEM NC 27106

Tax periods: Dec. 31, 2012

Form: 843
      1040

Dear Taxpayer:

Thank you for your correspondence which we received on July 24, 2017.

Your correspondence indicates you filed an amended return for the 2012 tax period but our records do not indicate that we received one from you. We have enclosed a transcript of your account for further reference. This transcript shows your account activity as of September 11, 2017.

If you have questions, you can call us toll free at 1-800-829-0922.

If you prefer, you can write to us at the address at the top of the first page of this letter.

When you write, include a copy of this letter and provide in the spaces below, your telephone number and the hours we can reach you. Keep a copy of this letter for your records.

Telephone Number ( ) _____ Hours _____

Sincerely yours,

*Maureen A. Doonan*

Maureen Doonan, Department Manager
AM Operation 1, Department 1

Enclosures:
2012 Account Transcript



# Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

## Account Transcript

```
                                          Request Date:    09-11-2017
                                          Response Date:   09-11-2017
                                          Tracking Number: 100349489140

FORM NUMBER:     1040
TAX PERIOD:      Dec. 31, 2012

TAXPAYER IDENTIFICATION NUMBER:

STEPHEN K POND


         --- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                               0.00
ACCRUED INTEREST:                              0.00    AS OF: May 29, 2017
ACCRUED PENALTY:                               0.00    AS OF: May 29, 2017


ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):                 0.00

              ** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:                                      04
FILING STATUS:                         Head of Household
ADJUSTED GROSS INCOME:                    5,722,071.00
TAXABLE INCOME:                           3,857,100.00
TAX PER RETURN:                             690,921.00
SE TAXABLE INCOME TAXPAYER:                       0.00
SE TAXABLE INCOME SPOUSE:                         0.00
TOTAL SELF EMPLOYMENT TAX:                        0.00


RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)   Oct. 18, 2013
PROCESSING DATE                                                Dec. 30, 2013
```

### TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed | 20135005 | 12-30-2013 | $690,921.00 |

| Code | Description | Cycle / Date | Amount |
|---|---|---|---|
| n/a | C9221-306-68908-3 | | |
| 806 | W-2 or 1099 withholding | 04-15-2013 | -$3.00 |
| 716 | Credit you chose to apply from prior tax period | 04-15-2012 | -$118,746.00 |
| 430 | Estimated tax payment | 01-17-2013 | -$650,000.00 |
| 460 | Extension of time to file tax return ext. Date 10-15-2013 | 04-08-2013 | $0.00 |
| 766 | Credit to your account | 04-15-2013 | -$30,298.00 |
| 766 | Credit to your account | 04-15-2013 | -$15.00 |
| 836 | Credit you chose to apply to following tax period's taxes | 04-15-2013 | $108,141.00 |
| 420 | Examination of tax return | 09-19-2014 | $0.00 |
| 421 | Closed examination of tax return | 12-09-2015 | $0.00 |
| 421 | Closed examination of tax return | 02-01-2017 | $0.00 |
| 424 | Examination Request | 02-01-2017 | $0.00 |
| 300 | Additional tax assessed by examination 00-00-0000 | 20171805 05-22-2017 | $0.00 |
| n/a | 19247-518-18000-7 | | |
| 300 | Additional tax assessed by examination - quick assessment | 20171905 04-24-2017 | $29,228.00 |
| n/a | 17251-114-13003-7 | | |
| 190 | Interest charged for late payment | 20171905 04-24-2017 | $2,967.31 |
| 670 | Payment | 05-09-2017 | -$32,195.31 |

This Product Contains Sensitive Taxpayer Data

 **IRS** Department of the Treasury
Internal Revenue Service
ANSC
Andover MA 01810

STEPHEN K POND
16 GRAYLYN PLACE CT
WINSTON SALEM  NC  27106

CUT OUT AND RETURN THE VOUCHER IMMEDIATELY BELOW IF YOU ONLY HAVE AN INQUIRY.
DO NOT USE IF YOU ARE MAKING A PAYMENT.

CUT OUT AND RETURN THE VOUCHER AT THE BOTTOM OF THIS PAGE IF YOU ARE MAKING A PAYMENT,
EVEN IF YOU ALSO HAVE AN INQUIRY.

---

The IRS address must appear in the window.
0841989279

BODCD-SB

INTERNAL REVENUE SERVICE
ANSC
Andover MA 01810

Use for inquiries only
Letter Number:  LTR0096C
Letter Date  :  2017-09-14
Tax Period   :  201212



STEPHEN K POND
16 GRAYLYN PLACE CT
WINSTON SALEM  NC  27106

KN POND 30 0 201212 670 00000000000

---

The IRS address must appear in the window.
0841989279

BODCD-SB

INTERNAL REVENUE SERVICE

FRESNO CA  93888-0419

Use for payments
Letter Number: LTR0096C
Letter Date  : 2017-09-14
Tax Period   : 201212



STEPHEN K POND
16 GRAYLYN PLACE CT
WINSTON SALEM  NC  27106

KN POND 30 0 201212 670 00000000000

**Department of the Treasury**
Internal Revenue Service
Director
201 W. RIVERCENTER BLVD
COVINGTON, KY 41011

Document Locator Number
17251-114-13003-17

| MFT | Tax Period | Assessment Date | Trans Code |
|-----|------------|-----------------|------------|
| 30  | 201212     | 04/24/2017      | 370        |

Taxpayer
STEPHEN K POND

Notice Date: 04/24/2017
Name Control: POND
Taxpayer Identifying Number
Form Number: 1040
Plan/Report Number:
Tax Period Ended: 12/31/2012

## Notice of Tax Due on Federal Tax Return

This is a notice of tax due on your tax return identified above. Please pay the amount shown as Balance Due when you receive this notice. Make your check payable to the United States Treasury and send it with a copy of this notice to the address shown above. If the balance due as shown below is incorrect because you made a recent payment, please send us the amount you believe you owe and an explanation of the difference.

The balance due may include penalty and interest. If you have any questions concerning the balance due or penalty and interest computation call us at 800-829-0115 (Business filers) or 800-829-8374 (Individual filers).

**COPY**

| 31. Reference | 32. TC | 33. Assessment | 34. Adjustment or Credit | 35. Balance Due |
|---|---|---|---|---|
| 04/24/2017 ADD'L TAX | 300 | 29,228.00 | | |
| 04/24/2017 INTEREST | 190 | 2,967.31 | | |

36. Reference Code    see enclosed notice

                                                                                                                            32,195.31

see enclosed notice

Please return this copy with your payment to the address shown above

Form 3552 (Rev. 2-2017) (Part 3)
Catalog Number 49356T

# Form 1040X — Amended U.S. Individual Income Tax Return

(Rev. December 2012)
Department of the Treasury - Internal Revenue Service
OMB No. 1545-0074

▶ Information about Form 1040X and its separate instructions is at www.irs.gov/form1040x.

This return is for calendar year [X] 2012 [ ] 2011 [ ] 2010 [ ] 2009
Other year. Enter one: calendar year _____ or fiscal year (month and year ended): _____

Your first name and initial: STEPHEN K.
Last name: POND
Your social security number: [REDACTED]

If a joint return, spouse's first name and initial: 
Last name: 
Spouse's social security number: 

Home address (number and street). If you have a P.O. box, see instructions.
16 GRAYLYN PLACE
Apt. no.:
Your phone number:

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).
WINSTON-SALEM, NC 27104

Foreign country name: 
Foreign province/state/county: 
Foreign postal code: 

COPY !! ORIGINAL FILED AT: IRS PO BOX 630 HOLTSVILLE NY 11742-0630 STOP 632-I

**Amended return filing status.** You must check one box even if you are not changing your filing status.
Caution. In general, you cannot change your filing status from joint to separate returns after the due date.

[ ] Single
[ ] Married filing jointly
[ ] Married filing separately
[ ] Qualifying widow(er)
[X] Head of household (If the qualifying person is a child but not your dependent, see instructions.)

Use Part III on page 2 to explain any changes.

| | | A. Original amount or as previously adjusted (see instructions) | B. Net change - amount of increase or (decrease) - explain in Part III | C. Correct amount |
|---|---|---:|---:|---:|
| **Income and Deductions** | | | | |
| 1 | Adjusted gross income. If net operating loss (NOL) carryback is included, check here ▶ [ ] | 5,527,217. | | 5,527,217. |
| 2 | Itemized deductions or standard deduction | 1,853,668. | | 1,853,668. |
| 3 | Subtract line 2 from line 1 | 3,673,549. | | 3,673,549. |
| 4 | Exemptions. If changing, complete Part I on page 2 and enter the amount from line 30 | 15,200. | | 15,200. |
| 5 | Taxable income. Subtract line 4 from line 3 | 3,658,349. | | 3,658,349. |
| **Tax Liability** | | | | |
| 6 | Tax. Enter method used to figure tax: SCH D | 747,962. | -62. | 747,900. |
| 7 | Credits. If general business credit carryback is included, check here ▶ [ ] | 79,881. | -639. | 79,242. |
| 8 | Subtract line 7 from line 6. If the result is zero or less, enter -0- | 668,081. | 577. | 668,658. |
| 9 | Other taxes | 22,838. | | 22,838. |
| 10 | Total tax. Add lines 8 and 9 | 690,919. | 577. | 691,496. |
| **Payments** | | | | |
| 11 | Federal income tax withheld and excess social security and tier 1 RRTA tax withheld (if changing, see instructions) | 3. | | 3. |
| 12 | Estimated tax payments, including amount applied from prior year's return | 768,746. | | 768,746. |
| 13 | Earned income credit (EIC) | | | |
| 14 | Refundable credits from Schedule(s) [ ] 8812 or [ ] M or Form(s) [ ] 2439 [X] 4136 [ ] 5405 [X] 8801 [ ] 8812 (2009-2011) [ ] 8839 [ ] 8863 [ ] 8885 or [ ] other (specify): | 30,313. | | 30,313. |
| 15 | Total amount paid with request for extension of time to file, tax paid with original return, and additional tax paid after return was filed | | 15 | 29,228. |
| 16 | Total payments. Add lines 11 through 15 | | 16 | 828,290. |
| **Refund or Amount You Owe** (Note. Allow 8-12 weeks to process Form 1040X.) | | | | |
| 17 | Overpayment, if any, as shown on original return or as previously adjusted by the IRS | | 17 | 108,143. |
| 18 | Subtract line 17 from line 16 (If less than zero, see instructions) | | 18 | 720,147. |
| 19 | Amount you owe. If line 10, column C, is more than line 18, enter the difference | | 19 | |
| 20 | If line 10, column C, is less than line 18, enter the difference. This is the amount overpaid on this return | | 20 | 28,651. |
| 21 | Amount of line 20 you want refunded to you | | 21 | 28,651. |
| 22 | Amount of line 20 you want applied to your (enter year): _____ estimated tax | 22 | | |

Complete and sign this form on Page 2.

LHA For Paperwork Reduction Act Notice, see instructions.    SEC 1291 INT    2. Form **1040X** (Rev. 12-2012)
210701
12-17-12