IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | |
|---|---|
| STEPHEN K. POND, | ) |
| Plaintiff, | ) Case No. 1:21-cv-00083 |
| v. | ) |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

**UNITED STATES' MOTION TO DISMISS AMENDED COMPLAINT**

Following the United States' Motion to Dismiss, the Plaintiff in this action filed an amended complaint pursuant to Rule 15(a)(1)(B). The United States of America now moves to dismiss Plaintiff Stephen K. Pond's amended complaint pursuant to Fed. R. Civ. P. 12(b)(1) for lack of subject-matter jurisdiction, as the United States has not waived sovereign immunity. This motion is supported by the attached memorandum.

Dated: April 29, 2021

                                                  Respectfully submitted,

                                                  DAVID A. HUBBERT
                                                  Acting Assistant Attorney General

                                                  */s/ Emily K. Miller*
                                                  EMILY K. MILLER
                                                  KY Bar #97725
                                                  Trial Attorney, Tax Division
                                                  U.S. Department of Justice
                                                  P.O. Box 227
                                                  Washington, D.C. 20044
                                                  (202) 353-7509 (v)
                                                  (202) 514-6866 (f)
                                                  Emily.K.Miller@usdoj.gov

# CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of April, 2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

**James C. Adams II (N.C. Bar No. 18063)**
**Adam P.M. Tarleton (N.C. Bar No. 37088)**
**Daniel L. Colston (N.C. Bar No. 52083)**
Brooks, Pierce, McClendon, Humphrey & Leonard
230 North Elm Street
2000 Renaissance Plaza
Greensboro, NC 27401
(336) 271-3162 (v)
(336) 232-9162 (f)
jadams@brookspierce.com
atarleton@brookspierce.com
dcolston@brookspierce.com
*Counsel for Plaintiff Stephen K. Pond*

         */s/ Emily K. Miller*
         EMILY K. MILLER
         Trial Attorney
         United States Department of Justice, Tax Division